SEALED

FILED by ______ D.C.
NOV 21 2013
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 13-60284-CR-Cohn
**18 U.S.C. § 1591(a)(1)**
**18 U.S.C. § 1594(c)**

**UNITED STATES OF AMERICA**

**v.**

**BRANDON ROBINSON,**
**a/k/a "Ace,"**
**JOSE JONES,**
**a/k/a "Chico,"**
**ANDRE HOLSTON,**
**a/k/a "Smurf," a/k/a "Deon Render"**
**EVERSON FLOWERS,**
**a/k/a "Boomer,"**
**KERRY BULLOCK,**
**a/k/a/ "Kellogg,"**
**VIDAL STUBBS,**
**a/k/a "C.J.," and**
**KENNETH RAY,**

**Defendants.**
_________________________________/

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

From in or around July, 2013, and continuing until on or about the date of this Indictment, the exact dates being unknown to the Grand Jury, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**BRANDON ROBINSON,**
**a/k/a "Ace,"**
**JOSE JONES,**
**a/k/a "Chico,"**
**ANDRE HOLSTON,**
**a/k/a "Smurf," a/k/a Deon Render,**

**EVERSON FLOWERS,**
**a/k/a "Boomer,"**
**KERRY BULLOCK,**
**a/k/a/ "Kellogg,"**
**VIDAL STUBBS,**
**a/k/a "C.J.," and**
**KENNETH RAY,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, to knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, knowing, and in reckless disregard of the fact, that such person had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(l) and (b)(2); all in violation of Title 18, United States Code, Section 1594 (c).

**COUNT 2**

From on or about July 25, 2013, until on or about September 21, 2013, the exact dates being unknown to the Grand Jury, in Broward County, in the Southern District of Florida, the defendant,

**BRANDON ROBINSON,**
**a/k/a "Ace,"**

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, Z.G., knowing, and in reckless disregard of the fact, that Z.G. had not attained the age of 18 years and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2) and 2.

**COUNT 3**

On or about August 28, 2013, in Broward County, in the Southern District of Florida, the defendant,

**BRANDON ROBINSON,**
**a/k/a "Ace,"**

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, M.Y., knowing, and in reckless disregard of the fact, that M.Y. had not attained the age of 18 years and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2) and 2.

**COUNT 4**

From on or about July 30, 2013, until on or about September 23, 2013, the exact dates being unknown to the Grand Jury, in Broward County, in the Southern District of Florida, the defendant,

**JOSE JONES,**
**a/k/a "Chico,"**

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, L.J., knowing, and in reckless disregard of the fact, that L.J. had not attained the age of 18 years and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2) and 2.

**COUNT 5**

From on or about August 1, 2013, until on or about September 29, 2013, the exact dates being unknown to the Grand Jury, in Broward County, in the Southern District of Florida, the defendant,

**ANDRE HOLSTON,**
**a/k/a "Smurf," a/k/a "Deon Render,"**

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, T.C., knowing, and in reckless disregard of the fact, that T.C. had not attained the age of 18 years and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2) and 2.

**COUNT 6**

From on or about October 1, 2013, until on or about October 9, 2013, in Broward County, in the Southern District of Florida, the defendant,

**EVERSON FLOWERS,**
**a/k/a "Boomer,"**

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, T.C., knowing, and in reckless disregard of the fact, that T.C. had not attained the age of 18 years and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2) and 2.

**COUNT 7**

On or about October 3, 2013, in Broward County, in the Southern District of Florida, the defendant,

**EVERSON FLOWERS,**
**a/k/a "Boomer,"**

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, M.J., knowing, and in reckless disregard of the fact, that M.J. had not attained the age of 18 years and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2) and 2.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

COREY STEINBERG
ASSISTANT U.S. ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA** **CASE NO.** ______________________

**vs.**

**BRANDON ROBINSON, et al**

**CERTIFICATE OF TRIAL ATTORNEY***

**Defendants.**
______________________________________ /

**Superseding Case Information:**

**Court Division**: (Select One)

Miami ____ Key West ____
FTL _X_ WPB ____ FTP ____

New Defendant(s) ____ Yes ____ No
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _No_
List language and/or dialect ____________

4. This case will take _5_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| | (Check only one) | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | X |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? ______ (Yes or No)
If yes:
Judge: ______________________ Case No. ______________________
(Attach copy of dispositive order)
Has a complaint been filed in this matter? _NO_ (Yes or No)
If yes:
Magistrate Case No. ______________________
Related Miscellaneous numbers: ______________________
Defendant(s) in federal custody as of ______________________
Defendant(s) in state custody as of ______________________
Rule 20 from the District of ______________________

Is this a potential death penalty case? ______ (Yes or No)

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____Yes _X_ No

[signature]
COREY STEINBERG
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court 0563234

Penalty Sheet(s) attached

REV 4/8/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name**: **BRANDON ROBINSON**

**Case No**:______________________________

Count 1:
Conspiracy to Commit Sex Trafficking of Minors

Title 18, United States Code, Section 1594(c)
***Max. Penalty:** Life, $250,000 fine, 5 years up to life supervised release

Counts 2-3:
Sex Trafficking of Minors

Title 18, United States Code, Section 1591(a)
***Max. Penalty:** Maximum of life (mandatory minimum 10 years), $250,000 fine, 5 years up to life supervised release

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name: JOSE JONES**

**Case No:**______________________________

Count 1:
Conspiracy to Commit Sex Trafficking of Minors

Title 18, United States Code, Section 1594(c)
***Max. Penalty:** Life, $250,000 fine, 5 years up to life supervised release

Count 4:
Sex Trafficking of Minors

Title 18, United States Code, Section 1591(a)
***Max. Penalty:** Maximum of life (mandatory minimum 10 years), $250,000 fine, 5 years up to life supervised release

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name: ANDRE HOLSTON**

**Case No:**______________________________

Count 1:
Conspiracy to Commit Sex Trafficking of Minors

Title 18, United States Code, Section 1594(c)
***Max. Penalty:** Life, $250,000 fine, 5 years up to life supervised release

Counts 5:
Sex Trafficking of Minors

Title 18, United States Code, Section 1591(a)
***Max. Penalty:** Maximum of life (mandatory minimum 10 years), $250,000 fine, 5 years up to life supervised release

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name**: **EVERSON FLOWERS**

**Case No**:______________________________

Count 1:
Conspiracy to Commit Sex Trafficking of Minors

Title 18, United States Code, Section 1594(c)
***Max. Penalty:** Life, $250,000 fine, 5 years up to life supervised release

Count 6-7:
Sex Trafficking of Minors

Title 18, United States Code, Section 1591(a)
***Max. Penalty:** Maximum of life (mandatory minimum 10 years), $250,000 fine, 5 years up to life supervised release

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name**: **KERRY BULLOCK**

**Case No**:______________________________

Count 1:
Conspiracy to Commit Sex Trafficking of Minors

Title 18, United States Code, Section 1594(c)
***Max. Penalty:** Life, $250,000 fine, 5 years up to life supervised release

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name**: **VIDAL STUBBS**

**Case No:**______________________________

Count 1:
Conspiracy to Commit Sex Trafficking of Minors

Title 18, United States Code, Section 1594(c)
***Max. Penalty:** Life, $250,000 fine, 5 years up to life supervised release

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name**: **KENNETH RAY**

**Case No**:______________________________

Count 1:
Conspiracy to Commit Sex Trafficking of Minors

Title 18, United States Code, Section 1594(c)
***Max. Penalty:** Life, $250,000 fine, 5 years up to life supervised release

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**