UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60284-CR-COHN (s)
18 U.S.C. § 1591(a)(1) & (2)
18 U.S.C. § 1594(c)

UNITED STATES OF AMERICA

v.

BRANDON ROBINSON,
    a/k/a "Ace,"
JOSE JONES,
    a/k/a "Chico,"
ANDRE HOLSTON,
    a/k/a "Smurf," a/k/a "Deon Render"
EVERSON FLOWERS,
    a/k/a "Boomer,"
KERRY BULLOCK,
    a/k/a/ "Kellogg," and
VIDAL STUBBS,
    a/k/a "C.J.,"

    Defendants.
_____/

FILED BY _____ D.C.

FEB - 6 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

From in or around July, 2013, and continuing until on or about the date of this Indictment, the exact dates being unknown to the Grand Jury, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

BRANDON ROBINSON,
a/k/a "Ace,"
JOSE JONES,
a/k/a "Chico,"
ANDRE HOLSTON,
a/k/a "Smurf," a/k/a Deon Render,
EVERSON FLOWERS,

a/k/a "Boomer,"<br>
**KERRY BULLOCK,**<br>
a/k/a/ "Kellogg," and<br>
**VIDAL STUBBS,**<br>
a/k/a "C.J.,"

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, to knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, and to benefit financially and by receiving anything of value from participation in a venture which did recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, knowing, and in reckless disregard of the fact, that such person had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a) and (b)(2); all in violation of Title 18, United States Code, Section 1594 (c).

## COUNT 2

From on or about July 25, 2013, until on or about September 21, 2013, the exact dates being unknown to the Grand Jury, in Broward County, in the Southern District of Florida, the defendant,

**BRANDON ROBINSON,**<br>
a/k/a "Ace,"

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, Z.G., and did benefit financially and by receiving anything of value from participation in a venture which did recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, Z.G., knowing, and in reckless disregard of the fact, that Z.G. had not attained the age of 18 years and would be caused

2

to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a) and (b)(2) and 2.

## COUNT 3

On or about August 28, 2013, in Broward County, in the Southern District of Florida, the defendant,

**BRANDON ROBINSON,**
a/k/a "Ace,"

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, M.Y., and did benefit financially and by receiving anything of value from participation in a venture which did recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, M.Y., knowing, and in reckless disregard of the fact, that M.Y. had not attained the age of 18 years and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a) and (b)(2) and 2.

## COUNT 4

From on or about July 30, 2013, until on or about September 23, 2013, the exact dates being unknown to the Grand Jury, in Broward County, in the Southern District of Florida, the defendant,

**JOSE JONES,**
a/k/a "Chico,"

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, L.J., and did benefit financially and by receiving anything of value from participation in a venture which did recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, L.J., knowing, and in

3

reckless disregard of the fact, that L.J. had not attained the age of 18 years and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a) and (b)(2) and 2.

## COUNT 5

From on or about August 1, 2013, until on or about September 29, 2013, the exact dates being unknown to the Grand Jury, in Broward County, in the Southern District of Florida, the defendant,

**ANDRE HOLSTON,**
**a/k/a "Smurf," a/k/a "Deon Render,"**

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, T.C., and did benefit financially and by receiving anything of value from participation in a venture which did recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, T.C., knowing, and in reckless disregard of the fact, that T.C. had not attained the age of 18 years and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a) and (b)(2) and 2.

## COUNT 6

From on or about October 1, 2013, until on or about October 9, 2013, in Broward County, in the Southern District of Florida, the defendant,

**EVERSON FLOWERS,**
**a/k/a "Boomer,"**

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, T.C., and did benefit financially and by receiving anything of value from participation in a venture which did recruit, entice, harbor,

4

transport, provide, obtain, and maintain by any means a person, that is, T.C., knowing, and in reckless disregard of the fact, that T.C. had not attained the age of 18 years and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a) and (b)(2) and 2.

### COUNT 7

On or about October 3, 2013, in Broward County, in the Southern District of Florida, the defendant,

**EVERSON FLOWERS,**
a/k/a "Boomer,"

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, M.J., and did benefit financially and by receiving anything of value from participation in a venture which did recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, M.J., knowing, and in reckless disregard of the fact, that M.J. had not attained the age of 18 years and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a) and (b)(2) and 2.

A ~~TRUE~~ BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

FRANCIS VIAMONTES
ASSISTANT U.S. ATTORNEY

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA            CASE NO. 13-60284-CR-COHN(s)

vs.

BRANDON ROBINSON, et al             **CERTIFICATE OF TRIAL ATTORNEY***

                        Defendants.
_____ /  Superseding Case Information:

**Court Division**: (Select One)         New Defendant(s) ____ Yes __X__ No
                                         Number of New Defendants ___0___
   Miami ___     Key West ___           Total number of counts ___7___
   FTL __X__     WPB ___    FTP ___

   I do hereby certify that:
   1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
   2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
   3.  Interpreter:    (Yes or No)    __No__
       List language and/or dialect   _____
   4.  This case will take ___5___ days for the parties to try.
   5.  Please check appropriate category and type of offense listed below:
       (Check only one)                              (Check only one)
       I     0 to 5 days    __X__                    Petty      _____
       II    6 to 10 days   _____                    Minor      _____
       III   11 to 20 days  _____                    Misdem.    _____
       IV    21 to 60 days  _____                    Felony     __X__
       V     61 days and over _____
   6.  Has this case been previously filed in this District Court?  _____ (Yes or No)
       If yes:
       Judge: _____    Case No. _____
              (Attach copy of dispositive order)
       Has a complaint been filed in this matter?  __No__  (Yes or No)
       If yes:
       Magistrate Case No.                         _____
       Related Miscellaneous numbers:              _____
       Defendant(s) in federal custody as of       Flowers 11/26/13; Stubbs 11/27/13; Robinson, Holston & Jones 12/3/13; Bullock 12/19/13
       Defendant(s) in state custody as of         _____
       Rule 20 from the District of                _____

       Is this a potential death penalty case?     _____ (Yes or No)

   7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  _____Yes  __X__ No

   8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  _____Yes  __X__ No

                                  _____
                                  FRANCIS VIAMONTES
                                  ASSISTANT UNITED STATES ATTORNEY
                                  Florida Bar No./Court 605514

Penalty Sheet(s) attached                                     REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: BRANDON ROBINSON

Case No: _13-60284-CR-COHN(s)__

Count 1:
Conspiracy to Commit Sex Trafficking of Minors

Title 18, United States Code, Section 1594(c)
**\*Max. Penalty:** Life, $250,000 fine, 5 years up to life supervised release

Counts 2-3:
Sex Trafficking of Minors

Title 18, United States Code, Section 1591(a)
**\*Max. Penalty:** Maximum of life (mandatory minimum 10 years), $250,000 fine, 5 years up to life supervised release

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: JOSE JONES

**Case No**: 13-60284-CR-COHN(s)

Count 1:
Conspiracy to Commit Sex Trafficking of Minors

Title 18, United States Code, Section 1594(c)
**\*Max. Penalty:** Life, $250,000 fine, 5 years up to life supervised release

Count 4:
Sex Trafficking of Minors

Title 18, United States Code, Section 1591(a)
**\*Max. Penalty:** Maximum of life (mandatory minimum 10 years), $250,000 fine, 5 years up to life supervised release

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ANDRE HOLSTON

Case No: 13-60284-CR-COHN(s)

Count 1:
Conspiracy to Commit Sex Trafficking of Minors

Title 18, United States Code, Section 1594(c)
*Max. Penalty: Life, $250,000 fine, 5 years up to life supervised release

Counts 5:
Sex Trafficking of Minors

Title 18, United States Code, Section 1591(a)
*Max. Penalty: Maximum of life (mandatory minimum 10 years), $250,000 fine, 5 years up to life supervised release

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: EVERSON FLOWERS

Case No: 13-60284-CR-COHN(s)

Count 1:
Conspiracy to Commit Sex Trafficking of Minors

Title 18, United States Code, Section 1594(c)
**\*Max. Penalty:**   Life, $250,000 fine, 5 years up to life supervised release

Count 6-7:
Sex Trafficking of Minors

Title 18, United States Code, Section 1591(a)
**\*Max. Penalty:**   Maximum of life (mandatory minimum 10 years), $250,000 fine, 5 years up to life supervised release

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: VIDAL STUBBS

**Case No**: 13-60284-CR-COHN(s)

Count 1:
Conspiracy to Commit Sex Trafficking of Minors

Title 18, United States Code, Section 1594(c)
**\*Max. Penalty:**   Life, $250,000 fine, 5 years up to life supervised release

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**