```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       FT. LAUDERDALE DIVISION

                       Case 13-60284-CR-COHN


UNITED STATES OF AMERICA,

            Plaintiff,
                                            FT. LAUDERDALE, FLORIDA
     vs.
                                            March 3, 2014
BRANDON ROBINSON,

            Defendant.
------------------------------------------------------------------


                    TRANSCRIPT OF PLEA COLLOQUY
                BEFORE THE HONORABLE JAMES I. COHN,
                    UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:         FRANCIS VIAMONTES, A.U.S.A.
                            KATHERINE KOONTZ, A.U.S.A.
                            500 East Broward Blvd., Ste. 700
                            Ft. Lauderdale, FL  33394


FOR THE DEFENDANT:          STEVEN H. HAGUEL, ESQ.
                            9100 S. Dadeland Boulevard, Suite 400
                            Miami, Fl 33156

REPORTED BY:                PAULINE A. STIPES, RPR-CM
                            Official United States Court Reporter
                            Federal Courthouse
                            299 E. Broward Boulevard
                            Ft. Lauderdale, FL  33301
                                              954-769-5496
```

| | |
|---|---|
| 1 | THE COURT: With respect to Mr. Robinson, is there |
| 2 | going to be a plea? |
| 3 | MR. HAGUEL: Yes, there is. One of the things |
| 4 | Mr. Robinson and I were discussing was the factual proffer he |
| 5 | mailed to me late last night and Mr. Robinson has seen for the |
| 6 | first time this morning. |
| 7 | There are some facts in there that Mr. Robinson thinks |
| 8 | are different from the reports he has read. I explained to |
| 9 | Mr. Robinson, as says in the first sentence of the factual |
| 10 | proffer, the purpose of the factual proffer, had the case |
| 11 | proceeded to trial the Government would have proven beyond a |
| 12 | reasonable doubt the following facts. |
| 13 | So I think that is resolved. |
| 14 | THE COURT: All right. The matter before the Court is |
| 15 | United States of America versus Brandon Robinson, also known |
| 16 | as, Ace. |
| 17 | This is case number 13 dash 60284-CR. |
| 18 | Mr. Robinson is present. He is represented by Steven |
| 19 | Haguel. The Government represented by United States Attorneys |
| 20 | Francis Viamontes and Katherine Koontz. |
| 21 | It is the Court's understanding that Mr. Robinson |
| 22 | wishes to change his plea of not guilty as to Counts 1, 2, and |
| 23 | 3, and enter, in lieu thereof, a plea of guilty. |
| 24 | Is that correct, Mr. Haguel? |
| 25 | MR. HAGUEL: Yes, your Honor. |

1              THE COURT:  All right.  Mr. Robinson, I need to ask
2  you some questions just as I did Mr. Jones who preceded your
3  plea.
4              Would you, first of all, raise your right hand.
5              (Thereupon, the defendant was duly sworn.)
6  BY THE COURT:
7  Q.  Mr. Robinson, do you understand that you are now under
8  oath; and, if you answer any of my questions falsely, your
9  answers may later be used against you in another prosecution
10 for perjury or making a false statement?
11 A.  Yes, your Honor.
12 Q.  Would you state your name, please?
13 A.  Brandon Marcus Robinson.
14 Q.  How old are you, Mr. Robinson?
15 A.  23.
16 Q.  How far did you go in school?
17 A.  11th.
18 Q.  In the last year, have you been treated for any mental
19 illness or addiction to a narcotic drug of any kind?
20 A.  No, your Honor.
21 Q.  Have you taken or consumed any drugs, medication, alcoholic
22 beverage within the last 24 hours?
23 A.  No, your Honor.
24 Q.  Do you believe you have a mental condition or a physical
25 condition which would prevent you from understanding what is

1  taking place here in court this morning?
2  A.  No, your Honor.
3  Q.  Have you ever been found incompetent by a court of law?
4  A.  No, your Honor.
5  Q.  Mr. Haguel, do you have any reason to believe Mr. Robinson
6  is not competent to enter a plea?
7  A.  No, your Honor.
8  Q.  Mr. Robinson, did you receive a copy of the superseding
9  indictment pending against you?
10 A.  Yes, your Honor.
11 Q.  Have you fully discussed the charges of the case in general
12 with Mr. Haguel?
13 A.  Yes, your Honor.
14 Q.  Are you satisfied with the representation and advice given
15 to you in this case by Mr. Haguel?
16 A.  Yes, your Honor.
17 Q.  Do you understand that Count 1 charges conspiracy to commit
18 sex trafficking of minors -- excuse me --, whereas Counts 2 and
19 3 charge the substantive offense of sex trafficking of minors?
20 A.  Yes, your Honor.
21 Q.  You understand that, based upon your guilty plea as to
22 Count 1, the Court may impose a sentence up to life
23 imprisonment followed by a term of supervised release of five
24 years up to life, a fine of up to $250,000.
25          In addition, the Court may order restitution and there

1  is a mandatory special assessment of $100.
2  A.  Yes, your Honor.
3  Q.  With respect to Counts 2 and 3, as to each of those counts,
4  the Court must impose a minimum term of 10 years in prison and
5  may impose a sentence up to life imprisonment followed by a
6  term of supervised release, at least five years up to life, a
7  fine up to $250,000.  In addition, the Court may order
8  restitution and there is a mandatory special assessment $100?
9  A.  Yes, your Honor.
10 Q.  Do you have any questions regarding the possible penalties
11 that could be imposed based upon your guilty plea?
12 A.  No, your Honor.
13         THE COURT:  Would the Government please set forth the
14 elements of conspiracy to commit sex trafficking of minors and
15 substantive offense of sex trafficking of minors?
16         MS. VIAMONTES:  As to conspiracy to sex traffic
17 minors, two or more people came to a mutual understanding to
18 try to accomplish a common and unlawful plan.
19         Secondly, the Defendant knew the unlawful purpose of
20 the plan, willfully joined in on it, and the object was to
21 recruit, entice, harbor, transport, provide, obtain, maintain,
22 benefit from an individual under the age of 18 engaged in
23 commercial sex acts.
24         As to the substantive count, the Defendant recruited,
25 enticed, harbored, transported, provided, obtained, or

1 maintained by any means a person under the age of 18 or
2 benefited from.
3     Secondly, the Defendant knew or was in reckless
4 disregard of the fact that the person was under the age of 18.
5     Third, the Defendant knew or was in reckless disregard
6 of the fact that the person under 18 would be caused to engage
7 in commercial sex acts.
8     And the acts were in or affected interstate commerce.
9     THE COURT: Mr. Haguel, are you in agreement the
10 elements were correctly stated?
11     MR. HAGUEL: Yes, your Honor.
12     THE COURT: What steps have you taken to advise
13 Mr. Robinson of the elements of the charges?
14     MR. HAGUEL: I have given him a copy of the Statute
15 itself. We have gone over the elements and we have applied the
16 facts of this case to the elements of the crime stated in the
17 Statute.
18     THE COURT: Did you also discuss with Mr. Robinson
19 application of the Federal Sentencing Guidelines?
20     MR. HAGUEL: We have, yes, I have.
21 BY THE COURT:
22 Q. Mr. Robinson, is that your understanding, as well, sir?
23 A. Yes, your Honor.
24 Q. Do you understand the Court is required to compute an
25 advisory sentence under the Sentencing Guidelines?

1  A.  Yes, your Honor.
2  Q.  Do you understand the advisory sentence will be determined
3  by the Court relying in part on presentence investigation
4  conducted by the U.S. Probation Office?
5  A.  Yes, your Honor.
6  Q.  Do you understand, under certain circumstances, the Court
7  may depart from the advisory Sentencing Guideline range and may
8  either raise or lower the advisory sentence?
9  A.  Yes, your Honor.
10 Q.  You understand that the Court is required to consider the
11 advisory Sentencing Guideline range, however, the Court is not
12 bound to impose a sentence within that range?
13 A.  Yes, your Honor.
14 Q.  You understand the Court's sentence may be, either, more
15 severe or less severe than the Sentencing Guidelines advisory
16 range?
17 A.  Yes, your Honor.
18 Q.  You understand that the Court has the authority to impose
19 any sentence up to the statutory maximum authorized by law?
20 A.  Yes, your Honor.
21 Q.  You further understand that parole has been abolished; and,
22 if you are sentenced to a term of imprisonment, you would not
23 be released on parole?
24 A.  Yes, your Honor.
25 Q.  You understand, if you are not a United States citizen,

```
 1  this plea may result in your deportation?
 2  A.  Yes, your Honor.
 3  Q.  Are you a U.S. citizen?
 4  A.  Yes, your Honor.
 5  Q.  Did anyone promise you anything in order to induce you to
 6  enter a guilty plea to Counts 1, 2, or 3?
 7  A.  No.
 8  Q.  Has anyone attempted to force you or coerce you to enter a
 9  guilty plea to Counts 1, 2, or 3?
10  A.  No.
11  Q.  Are you entering a guilty plea of your own free will?
12  A.  Yes, your Honor.
13  Q.  You understand you have the right to plead not guilty to
14  each offense charged and persist in that plea of not guilty?
15  A.  Yes.
16  Q.  You understand you have a right to trial by jury?
17  A.  Yes.
18  Q.  You understand, at that trial, you would be presumed
19  innocent and the Government would have the burden of proving
20  through the production of evidence your guilt beyond a
21  reasonable doubt as to each offense charged?
22  A.  Yes, your Honor.
23  Q.  Do you understand you have the right to assistance of
24  counsel at that trial; and, if you could not afford counsel,
25  the Court would appoint counsel to represent you, as the Court,
```

```
 1  obviously, has already done in appointing Mr. Haguel as CJA
 2  counsel?
 3  A.  Yes, your Honor.
 4  Q.  Do you understand you have the right to see and hear all
 5  the witnesses and have them cross-examined in your defense?
 6  A.  Yes, your Honor.
 7  Q.  You understand you have the right to issuance of subpoenas
 8  or compulsary process to compel the attendence of witnesses at
 9  that trial?
10  A.  Yes, your Honor.
11  Q.  You understand you have the right to decline to testify
12  unless you voluntarily elect to do so?
13  A.  Yes, your Honor.
14  Q.  You understand should you decide not to testify or present
15  any evidence in your defense, those facts could not be used
16  against you in any way?
17  A.  Yes, your Honor.
18  Q.  Do you understand by entering a guilty plea, you are giving
19  up your right to trial?
20  A.  Yes, your Honor.
21  Q.  Now, did you read the three page document entitled "Factual
22  Proffer"?
23  A.  Yes, your Honor.
24  Q.  Do you agree that --
25          Do you agree the facts contained therein are true and
```

```
 1  correct?
 2          MR. HAGUEL:  May I?
 3          THE COURT:  Yes.
 4          MR. HAGUEL:  There are facts in there disputed by
 5  Mr. Robinson.
 6          THE COURT:  Let's go over what he is disputing and
 7  then the Court will consider what has not been disputed.
 8          MR. HAGUEL:  Okay.
 9          The Court has a copy?
10          THE COURT:  Yes.
11          MR. HAGUEL:  Paragraph two talks about certain
12  statements that a minor named with initials B.R. gave to
13  police, different police agencies.
14          Mr. Robinson does not think that she gave those
15  statements and it is not -- he does not find that in the
16  reports that he has gone through that that is in the reports
17  that he has gone through.
18          THE COURT:  With respect to paragraph two, is the
19  Government prepared to prove those facts contained in paragraph
20  two?
21          MS. VIAMONTES:  Paragraph two is not necessary.  The
22  Government is willing to strike paragraph two.
23          THE COURT:  All right.  Paragraph two is stricken.
24          What else?
25          MR. HAGUEL:  May I have a second?
```

1         THE COURT:  Yes.
2         MR. HAGUEL:  Judge, paragraph seven, on the second
3  page talks about a witness named Coi Robinson-Barrett.
4         Those events happened February 21, 2014, a week or two
5  ago.
6         The Defendant has no knowledge that that happened
7  other than reading it in various reports, and he is reluctant
8  to agree that that is true.
9         Is that correct?
10        THE COURT:  Well, the only part of paragraph seven
11 that directly relates to Brandon Robinson is the sentence which
12 reads:  "On both occasions witness Coi Robinson-Barrett saw
13 both Andre Holston and Brandon Robinson hanging around outside
14 the hotel room."
15        MR. HAGUEL:  The next sentence, as well, and the next
16 sentence --
17        THE COURT:  All right.  "After he was finished having
18 sexual relations with T.C., he tried using the bathroom and,
19 upon opening the door, he found Robinson in the bathroom.
20        Okay.  You are right.
21        And Mr. Robinson is contesting that he was in the
22 bathroom at that time?
23        MR. HAGUEL:  Correct, your Honor.
24        THE COURT:  Okay.
25        MS. VIAMONTES:  That is a fact that the Government is

1  going to prove at trial.  In fact, after Robinson, Coi
2  Robinson-Barrett had intercourse not with T.C., with L.J., he
3  proceeded to the bathroom and Brandon Robinson was in the
4  bathroom, had a conversation with Coi Robinson-Barrett after
5  them having sex and they interacted.
6        THE COURT:  And that evidence is based solely upon the
7  statement made by Coi Robinson-Barrett?
8        MS. VIAMONTES:  Yes, it is, your Honor.
9        THE COURT:  So, even if the Court didn't consider that
10 statement, there are still sufficient other uncontested facts
11 contained in the three page document which would establish a
12 factual basis for the plea as to Counts 1 and 3?
13       MS. VIAMONTES:  Correct.
14       THE COURT:  Do you agree with that, Mr. Haguel?
15       MR. HAGUEL:  Yes.
16 BY THE COURT:
17 Q.  Mr. Robinson, I need your statement on the record.
18      You read the three page document entitled "Factual
19 Proffer," is that correct?
20 A.  Yes.
21 Q.  And with the exception of paragraph two, and the two
22 sentences referred to in paragraph seven that the Court just
23 alluded to and your lawyer just alluded to, you agree all other
24 facts contained in that factual proffer are true and correct?
25       MR. HAGUEL:  If I may interrupt, the Government said

```
 1  it should not be T.C. in this paragraph.
 2          MS. VIAMONTES:  Right, it should be L.J..
 3          MR. HAGUEL:  We need to change that to L.J..
 4          THE COURT:  With that correction, do you agree the
 5  facts contained in the three page document are true and
 6  correct?
 7          THE DEFENDANT:  Yes, your Honor.
 8          THE COURT:  Did you sign and date page three of the
 9  factual proffer, thus, indicating your agreement as to the
10  truthfulness of the facts therein with the exception of
11  paragraph two and the two sentences in paragraph seven, and the
12  change of the name of the minor victim in paragraph seven?
13          MR. HAGUEL:  We need to do that now.
14          THE COURT:  Okay, let's make those changes.
15          Have Mr. Robinson initial those modifications.
16          MR. HAGUEL:  Yes, your Honor.
17  BY THE COURT:
18  Q.  All right.  Now, Mr. Robinson with those changes having
19  been made with respect to the factual proffer, do you agree it
20  is now true and correct?
21  A.  Yes, your Honor.
22          THE COURT:  The Court will incorporate by reference
23  herein the factual proffer and it will be made a part of the
24  record of this plea colloquy.
25          Mr. Haguel, are you satisfied Mr. Robinson understands
```

```
 1  his rights and what he is giving up and there is a sufficient
 2  factual basis for his plea?
 3          MR. HAGUEL:  Yes, to both questions, your Honor.
 4          THE COURT:  Mr. Robinson, are there any questions you
 5  would like to ask me?
 6          THE DEFENDANT:  Um-m-m -- No, your Honor.
 7          THE COURT:  Having made your representation as to
 8  Counts 1, 2, 3 of the superseding indictment, how do you plea
 9  as to each of those counts, guilty or not guilty?
10          THE DEFENDANT:  Guilty.
11          THE COURT:  It is the finding of this Court in 13 dash
12  60284-CR, United States of America versus Brandon Robinson,
13  that the Defendant is fully competent and capable of entering
14  an informed plea, that the Defendant is aware of the nature of
15  the charges and the consequences of his plea, and that his plea
16  of guilty is a knowing and voluntary plea which is supported by
17  an independent basis in fact containing each of the essential
18  elements of the offenses charged.
19          Therefore, Mr. Robinson's plea is hereby accepted, and
20  the Defendant Brandon Robinson is adjudged guilty of Count 1,
21  conspiracy to commit sex trafficking of minors in violation of
22  Title 18, United States Code, Section 1594(c); and, in
23  addition, Mr. Robinson is adjudged guilty of Counts 2 and 3,
24  each charging sex trafficking of minors in violation of Title
25  18, United States Code, Section 1591(a).
```

```
 1                Sentencing will be deferred until?
 2                THE COURTROOM DEPUTY:  May 16, 2014, 10:30 a.m..
 3                MS. VIAMONTES:  Your Honor, I believe with
 4    Mr. Robinson, I will need about an hour.
 5                THE COURT:  Okay.  And I know about your trial with
 6    Judge Scola.  Do you know if you will be working on Fridays?
 7                MR. HAGUEL:  I do not know.
 8                THE COURT:  Judge Scola, apparently, doesn't try cases
 9    on Friday.
10                But, look, obviously, if Judge Scola has you in trial,
11    I am not going to interfere with his trial schedule at all.
12                So, if you learn that you are going to be in trial,
13    just let us know and we will change it.
14                MR. HAGUEL:  I will let you know either way.
15                THE COURT:  All right.  That is fine.
16                Okay.  The Court will order a pre-sentence
17    investigation report returnable to this Court within the time
18    parameters set forth by the local rules.
19                Mr. Robinson, as I indicated earlier, pre-sentence
20    report is prepared by U.S. Probation in order to assist the
21    Court in determining an appropriate sentence.
22                In that regard, it will be necessary for you to be
23    interviewed by U.S. Probation.
24                The information that you provide in the interview will
25    be used in the preparation of the report.
```

1         Both you and Mr. Haguel will have sufficient time in
2    advance of the sentencing hearing to review that report and
3    file any objections you deem appropriate.
4         Of course, at the sentencing hearing both you and your
5    lawyer will have an opportunity to personally address the Court
6    with respect to mitigation of sentence.
7         Is there anything further?
8         MR. HAGUEL:  Yes, your Honor, the Government has
9    already informed the Court we think it would be an hour.  You
10   already made note of that.
11        THE COURT:  Yes.
12        MR. HAGUEL:  The other thing, since the last hearing
13   we had in this Court Mr. Robinson has been placed under
14   restrictions in the Broward County Jail where he has no access
15   to visitors and no access to telephone.
16        I want to bring this to the attention of the Court and
17   Government to see if there is something we can do to ease those
18   restrictions.
19        THE COURT:  I don't know why the restrictions were
20   placed.
21        I can surmise, but that is --
22        Generally, those are matters left to the jail
23   personnel.
24        I really shy away from getting involved in those
25   matters unless it impinges on the Defendant's constitutional

1  rights, and without knowing more about the situation, and the
2  reason why they are doing it, I can't or I won't interject at
3  this point.
4          MR. HAGUEL: I am going to see what I can find out
5  from the jail and from the Marshals.
6          THE COURT: Okay. Anything further?
7          Thank you, Mr. Haguel and Mr. Robinson.
8          MR. HAGUEL: Thank you, your Honor.
9          (Thereupon, the hearing was concluded.)
10                     C E R T I F I C A T E
11         I hereby certify that the foregoing is an accurate
12 transcription of proceedings in the above-entitled matter.
13
   July 19, 2014              \s\ Pauline Stipes
14 _____             _____
                               (MRS.) PAULINE STIPES, RPR-RMR
15                             Official United States Court Reporter
                               299 E. Broward Boulevard
16                             Ft. Lauderdale, Fl 33301
                                                  954.769.5496
17 F1 $BQuality Assurance by Proximity Linguibase Technologies

**A**
abolished 7:21
above-entitled 17:12
accepted 14:19
access 16:14,15
accomplish 5:18
accurate 17:11
Ace 2:16
acts 5:23 6:7,8
addiction 3:19
addition 4:25 5:7 14:23
address 16:5
adjudged 14:20,23
advance 16:2
advice 4:14
advise 6:12
advisory 6:25 7:2,7,8,11,15
afford 8:24
age 5:22 6:1,4
agencies 10:13
ago 11:5
agree 9:24,25 11:8 12:14,23 13:4
    13:19
agreement 6:9 13:9
alcoholic 3:21
alluded 12:23,23
America 1:4 2:15 14:12
Andre 11:13
answer 3:8
answers 3:9
apparently 15:8
APPEARANCES 1:13
application 6:19
applied 6:15
appoint 8:25
appointing 9:1
appropriate 15:21 16:3
assessment 5:1,8
assist 15:20
assistance 8:23
Assurance 17:17
attempted 8:8
attendence 9:8
attention 16:16
Attorneys 2:19
authority 7:18
authorized 7:19
aware 14:14
a.m 15:2
A.U.S.A 1:14,14

**B**
based 4:21 5:11 12:6
basis 12:12 14:2,17
bathroom 11:18,19,22 12:3,4
believe 3:24 4:5 15:3
benefit 5:22
benefited 6:2
beverage 3:22
beyond 2:11 8:20
Blvd 1:15
Boulevard 1:17,20 17:15
bound 7:12
BQuality 17:17
Brandon 1:7 2:15 3:13 11:11,13
    12:3 14:12,20
bring 16:16
Broward 1:15,20 16:14 17:15
burden 8:19
B.R 10:12

**C**
C 17:10,10
can't 17:2
capable 14:13
case 1:3 2:10,17 4:11,15 6:16
cases 15:8
caused 6:6
certain 7:6 10:11
certify 17:11
change 2:22 13:3,12 15:13
changes 13:14,18
charge 4:19
charged 8:14,21 14:18
charges 4:11,17 6:13 14:15
charging 14:24
circumstances 7:6
citizen 7:25 8:3

CJA 9:1
Code 14:22,25
coerce 8:8
COHN 1:11
Coi 11:3,12 12:1,4,7
colloquy 1:11 13:24
commerce 6:8
commercial 5:23 6:7
commit 4:17 5:14 14:21
common 5:18
compel 9:8
competent 4:6 14:13
compulsary 9:8
compute 6:24
concluded 17:9
condition 3:24,25
conducted 7:4
consequences 14:15
consider 7:10 10:7 12:9
conspiracy 4:17 5:14,16 14:21
constitutional 16:25
consumed 3:21
contained 9:25 10:19 12:11,24
    13:5
containing 14:17
contesting 11:21
conversation 12:4
copy 4:8 6:14 10:9
correct 2:24 10:1 11:9,23 12:13,19
    12:24 13:6,20
correction 13:4
correctly 6:10
counsel 8:24,24,25 9:2
count 4:17,22 5:24 14:20
counts 2:22 4:18 5:3,3 8:6,9 12:12
    14:8,9,23
County 16:14
course 16:4
court 1:1,19 2:1,14,14 3:1,6 4:1,3
    4:22,25 5:4,7,13 6:9,12,18,21,24
    7:3,6,10,11,18 8:25,25 10:3,6,7,9
    10:10,18,23 11:1,10,17,24 12:6,9
    12:9,14,16,22 13:4,8,14,17,22,22
    14:4,7,11,11 15:5,8,15,16,17,21
    16:5,9,11,13,16,19 17:6,15
Courthouse 1:20
COURTROOM 15:2
Court's 2:21 7:14
crime 6:16
cross-examined 9:5

**D**
Dadeland 1:17
dash 2:17 14:11
date 13:8
decide 9:14
decline 9:11
deem 16:3
defendant 1:8,17 3:5 5:19,24 6:3,5
    11:6 13:7 14:6,10,13,14,20
Defendant's 16:25
defense 9:5,15
deferred 15:1
depart 7:7
deportation 8:1
DEPUTY 15:2
determined 7:2
determining 15:21
didn't 12:9
different 2:8 10:13
directly 11:11
discuss 6:18
discussed 4:11
discussing 2:4
disputed 10:4,7
disputing 10:6
disregard 6:4,5
DISTRICT 1:1,1,12
DIVISION 1:2
document 9:21 12:11,18 13:5
doesn't 15:8
doing 17:2
don't 16:19
door 11:19
doubt 2:12 8:21
drug 3:19
drugs 3:21
duly 3:5

**E**
E 1:20 17:10,10,15
earlier 15:19
ease 16:17
East 1:15
either 7:8,14 15:14
elect 9:12
elements 5:14 6:10,13,15,16 14:18
engage 6:6
engaged 5:22
enter 2:23 4:6 8:6,8
entering 8:11 9:18 14:13
entice 5:21
enticed 5:25
entitled 9:21 12:18
ESQ 1:17
essential 14:17
establish 12:11
events 11:4
evidence 8:20 9:15 12:6
exception 12:21 13:10
excuse 4:18
explained 2:8

**F**
F 17:10
fact 6:4,6 11:25 12:1 14:17
facts 2:7,12 6:16 9:15,25 10:4,19
    12:10,24 13:5,10
factual 2:4,9,10 9:21 12:12,18,24
    13:9,19,23 14:2
false 3:10
falsely 3:8
far 3:16
February 11:4
Federal 1:20 6:19
file 16:3
find 10:15 17:4
finding 14:11
fine 4:24 5:7 15:15
finished 11:17
first 2:6,9 3:4
five 4:23 5:6
Fl 1:15,18,21 17:16
FLORIDA 1:1,6
followed 4:23 5:5
following 2:12
force 8:8
foregoing 17:11
forth 5:13 15:18
found 4:3 11:19
Francis 1:14 2:20
free 8:11
Friday 15:9
Fridays 15:6
Ft 1:2,6,15,21 17:16
fully 4:11 14:13
further 7:21 16:7 17:6
F1 17:17

**G**
general 4:11
Generally 16:22
getting 16:24
given 4:14 6:14
giving 9:18 14:1
go 3:16 10:6
going 2:2 12:1 15:11,12 17:4
Government 1:14 2:11,19 5:13
    8:19 10:19,22 11:25 12:25 16:8
    16:17
Guideline 7:7,11
Guidelines 6:19,25 7:15
guilt 8:20
guilty 2:22,23 4:21 5:11 8:6,9,11,13
    8:14 9:18 14:9,9,10,16,20,23

**H**
H 1:17
Haguel 1:17 2:3,19,24,25 4:5,12,15
    6:9,11,14,20 9:1 10:2,4,8,11,25
    11:2,15,23 12:14,15,23 13:3,13
    13:16,25 14:3 15:7,14 16:1,8,12
    17:4,7,8
hand 3:4
hanging 11:13
happened 11:4,6
harbor 5:21

harbored 5:25
hear 9:4
hearing 16:2,4,12 17:9
Holston 11:13
Honor 2:25 3:11,20,23 4:2,4,7,10
    4:13,16,20 5:2,9,12 6:11,23 7:1,5
    7:9,13,17,20,24 8:2,4,12,22 9:3,6
    9:10,13,17,20,23 11:23 12:8 13:7
    13:16,21 14:3,6 15:3 16:8 17:8
HONORABLE 1:11
hotel 11:14
hour 15:4 16:9
hours 3:22

**I**
illness 3:19
impinges 16:25
impose 4:22 5:4,5 7:12,18
imposed 5:11
imprisonment 4:23 5:5 7:22
incompetent 4:3
incorporate 13:22
independent 14:17
indicated 15:19
indicating 13:9
indictment 4:9 14:8
individual 5:22
induce 8:5
information 15:24
informed 14:14 16:9
initial 13:15
initials 10:12
innocent 8:19
interacted 12:5
intercourse 12:2
interfere 15:11
interject 17:2
interrupt 12:25
interstate 6:8
interview 15:24
interviewed 15:23
investigation 7:3 15:17
involved 16:24
issuance 9:7

**J**
jail 16:14,22 17:5
JAMES 1:11
joined 5:20
Jones 3:2
Judge 1:12 11:2 15:6,8,10
July 17:13
jury 8:16

**K**
Katherine 1:14 2:20
kind 3:19
knew 5:19 6:3,5
know 15:5,6,7,13,14 16:19
knowing 14:16 17:1
knowledge 11:6
known 2:15
Koontz 1:14 2:20

**L**
late 2:5
Lauderdale 1:2,6,15,21 17:16
law 4:3 7:19
lawyer 12:23 16:5
learn 15:12
left 16:22
let's 10:6 13:14
lieu 2:23
life 4:22,24 5:5,6
Linguibase 17:17
local 15:18
look 15:10
lower 7:8
L.J 12:2 13:2,3

**M**
mailed 2:5
maintain 5:21
maintained 6:1
making 3:10
mandatory 5:1,8
March 1:7

**Marcus** 3:13
**Marshals** 17:5
**matter** 2:14 17:12
**matters** 16:22,25
**maximum** 7:19
**means** 6:1
**medication** 3:21
**mental** 3:18,24
**Miami** 1:18
**minimum** 5:4
**minor** 10:12 13:12
**minors** 4:18,19 5:14,15,17 14:21 14:24
**mitigation** 16:6
**modifications** 13:15
**morning** 2:6 4:1
**mutual** 5:17

**N**

**name** 3:12 13:12
**named** 10:12 11:3
**narcotic** 3:19
**nature** 14:14
**necessary** 10:21 15:22
**need** 3:1 12:17 13:3,13 15:4
**night** 2:5
**note** 16:10
**number** 2:17

**O**

**oath** 3:8
**object** 5:20
**objections** 16:3
**obtain** 5:21
**obtained** 5:25
**obviously** 9:1 15:10
**occasions** 11:12
**offense** 4:19 5:15 8:14,21
**offenses** 14:18
**Office** 7:4
**Official** 1:19 17:15
**Okay** 10:8 11:20,24 13:14 15:5,16 17:6
**old** 3:14
**opening** 11:19
**opportunity** 16:5
**order** 4:25 5:7 8:5 15:16,20
**outside** 11:13

**P**

**page** 9:21 11:3 12:11,18 13:5,8
**paragraph** 10:11,18,19,21,22,23 11:2,10 12:21,22 13:1,11,11,12
**parameters** 15:18
**parole** 7:21,23
**part** 7:3 11:10 13:23
**Pauline** 1:19 17:13,14
**penalties** 5:10
**pending** 4:9
**people** 5:17
**perjury** 3:10
**persist** 8:14
**person** 6:1,4,6
**personally** 16:5
**personnel** 16:23
**physical** 3:24
**place** 4:1
**placed** 16:13,20
**Plaintiff** 1:5
**plan** 5:18,20
**plea** 1:11 2:2,22,23 3:3 4:6,21 5:11 8:1,6,9,11,14 9:18 12:12 13:24 14:2,8,14,15,16,19
**plead** 8:13
**please** 3:12 5:13
**point** 17:3
**police** 10:13,13
**possible** 5:10
**preceded** 3:2
**preparation** 15:25
**prepared** 10:19 15:20
**present** 2:18 9:14
**presentence** 7:3
**presumed** 8:18
**prevent** 3:25
**pre-sentence** 15:16,19
**prison** 5:4
**Probation** 7:4 15:20,23

**proceeded** 2:11 12:3
**proceedings** 17:12
**process** 9:8
**production** 8:20
**proffer** 2:4,10,10 9:22 12:19,24 13:9,19,23
**promise** 8:5
**prosecution** 3:9
**prove** 10:19 12:1
**proven** 2:11
**provide** 5:21 15:24
**provided** 5:25
**proving** 8:19
**Proximity** 17:17
**purpose** 2:10 5:19

**Q**

**questions** 3:2,8 5:10 14:3,4

**R**

**R** 17:10
**raise** 3:4 7:8
**range** 7:7,11,12,16
**read** 2:8 9:21 12:18
**reading** 11:7
**reads** 11:12
**really** 16:24
**reason** 4:5 17:2
**reasonable** 2:12 8:21
**receive** 4:8
**reckless** 6:3,5
**record** 12:17 13:24
**recruit** 5:21
**recruited** 5:24
**reference** 13:22
**referred** 12:22
**regard** 15:22
**regarding** 5:10
**relates** 11:11
**relations** 11:18
**release** 4:23 5:6
**released** 7:23
**reluctant** 11:7
**relying** 7:3
**report** 15:17,20,25 16:2
**REPORTED** 1:19
**Reporter** 1:19 17:15
**reports** 2:8 10:16,16 11:7
**represent** 8:25
**representation** 4:14 14:7
**represented** 2:18,19
**required** 6:24 7:10
**resolved** 2:13
**respect** 2:1 5:3 10:18 13:19 16:6
**restitution** 4:25 5:8
**restrictions** 16:14,18,19
**result** 8:1
**returnable** 15:17
**review** 16:2
**right** 2:14 3:1,4 8:13,16,23 9:4,7,11 9:19 10:23 11:17,20 13:2,18 15:15
**rights** 14:1 17:1
**Robinson** 1:7 2:1,4,5,7,9,15,18,21 3:1,7,13,14 4:5,8 6:13,18,22 10:5 10:14 11:11,13,19,21 12:1,3,17 13:15,18,25 14:4,12,20,23 15:4 15:19 16:13 17:7
**Robinson's** 14:19
**Robinson-Barrett** 11:3,12 12:2,4,7
**room** 11:14
**RPR-CM** 1:19
**RPR-RMR** 17:14
**rules** 15:18

**S**

**s** 1:17 17:13
**satisfied** 4:14 13:25
**saw** 11:12
**says** 2:9
**schedule** 15:11
**school** 3:16
**Scola** 15:6,8,10
**second** 10:25 11:2
**Secondly** 5:19 6:3
**Section** 14:22,25
**see** 9:4 16:17 17:4
**seen** 2:5

**sentence** 2:9 4:22 5:5 6:25 7:2,8,12 7:14,19 11:11,15,16 15:21 16:6
**sentenced** 7:22
**sentences** 12:22 13:11
**sentencing** 6:19,25 7:7,11,15 15:1 16:2,4
**set** 5:13 15:18
**seven** 11:2,10 12:22 13:11,12
**severe** 7:15,15
**sex** 4:18,19 5:14,15,16,23 6:7 12:5 14:21,24
**sexual** 11:18
**shy** 16:24
**sign** 13:8
**sir** 6:22
**situation** 17:1
**solely** 12:6
**SOUTHERN** 1:1
**special** 5:1,8
**state** 3:12
**stated** 6:10,16
**statement** 3:10 12:7,10,17
**statements** 10:12,15
**States** 1:1,4,12,19 2:15,19 7:25 14:12,22,25 17:15
**Statute** 6:14,17
**statutory** 7:19
**Ste** 1:15
**steps** 6:12
**Steven** 1:17 2:18
**Stipes** 1:19 17:13,14
**stricken** 10:23
**strike** 10:22
**subpoenas** 9:7
**substantive** 4:19 5:15,24
**sufficient** 12:10 14:1 16:1
**Suite** 1:17
**superseding** 4:8 14:8
**supervised** 4:23 5:6
**supported** 14:16
**surmise** 16:21
**sworn** 3:5

**T**

**T** 17:10,10
**taken** 3:21 6:12
**talks** 10:11 11:3
**Technologies** 17:17
**telephone** 16:15
**term** 4:23 5:4,6 7:22
**testify** 9:11,14
**Thank** 17:7,8
**thereof** 2:23
**thing** 16:12
**things** 2:3
**think** 2:13 10:14 16:9
**thinks** 2:7
**Third** 6:5
**three** 9:21 12:11,18 13:5,8
**time** 2:6 11:22 15:17 16:1
**Title** 14:22,24
**traffic** 5:16
**trafficking** 4:18,19 5:14,15 14:21 14:24
**TRANSCRIPT** 1:11
**transcription** 17:12
**transport** 5:21
**transported** 5:25
**treated** 3:18
**trial** 2:11 8:16,18,24 9:9,19 12:1 15:5,10,11,12
**tried** 11:18
**true** 9:25 11:8 12:24 13:5,20
**truthfulness** 13:10
**try** 5:18 15:8
**two** 5:17 10:11,18,20,21,22,23 11:4 12:21,21 13:11,11
**T.C** 11:18 12:2 13:1

**U**

**Um-m-m** 14:6
**uncontested** 12:10
**understand** 3:7 4:17,21 6:24 7:2,6 7:10,14,18,21,25 8:13,16,18,23 9:4,7,11,14,18
**understanding** 2:21 3:25 5:17 6:22
**understands** 13:25
**United** 1:1,4,12,19 2:15,19 7:25 14:12,22,25 17:15

**unlawful** 5:18,19
**U.S** 7:4 8:3 15:20,23

**V**

**various** 11:7
**versus** 2:15 14:12
**Viamontes** 1:14 2:20 5:16 10:21 11:25 12:8,13 13:2 15:3
**victim** 13:12
**violation** 14:21,24
**visitors** 16:15
**voluntarily** 9:12
**voluntary** 14:16
**vs** 1:6

**W**

**want** 16:16
**way** 9:16 15:14
**week** 11:4
**willfully** 5:20
**willing** 10:22
**wishes** 2:22
**witness** 11:3,12
**witnesses** 9:5,8
**won't** 17:2
**working** 15:6

**Y**

**year** 3:18
**years** 4:24 5:4,6

**$**

**$100** 5:1,8
**$250,000** 4:24 5:7

**1**

**1** 2:22 4:17,22 8:6,9 12:12 14:8,20
**10** 5:4
**10:30** 15:2
**11th** 3:17
**13** 2:17 14:11
**13-60284-CR-COHN** 1:3
**1591(a)** 14:25
**1594(c)** 14:22
**16** 15:2
**18** 5:22 6:1,4,6 14:22,25
**19** 17:13

**2**

**2** 2:22 4:18 5:3 8:6,9 14:8,23
**2014** 1:7 11:4 15:2 17:13
**21** 11:4
**23** 3:15
**24** 3:22
**299** 1:20 17:15

**3**

**3** 1:7 2:23 4:19 5:3 8:6,9 12:12 14:8 14:23
**33156** 1:18
**33301** 1:21 17:16
**33394** 1:15

**4**

**400** 1:17

**5**

**500** 1:15

**6**

**60284-CR** 2:17 14:12

**7**

**700** 1:15

**9**

**9100** 1:17
**954-769-5496** 1:21
**954.769.5496** 17:16