```
 1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
 2                  FT. LAUDERDALE DIVISION
                     Case 13-60284-CR-COHN
 3

 4
      UNITED STATES OF AMERICA,
 5
               Plaintiff,
 6                                       FT. LAUDERDALE, FLORIDA
         vs.
 7                                       May 16, 2014
      BRANDON ROBINSON,
 8
               Defendant.
 9    ------------------------------------------------------------

10

11                  TRANSCRIPT OF SENTENCING
                 BEFORE THE HONORABLE JAMES I. COHN,
12                 UNITED STATES DISTRICT JUDGE

13    APPEARANCES:

14    FOR THE GOVERNMENT:      FRANCIS VIAMONTES, A.U.S.A.
                               KATHERINE KOONTZ, A.U.S.A.
15                             500 East Broward Blvd., Ste. 700
                               Ft. Lauderdale, FL  33394
16

17    FOR THE DEFENDANT:       STEVEN H. HAGUEL, ESQ.
                               9100 S. Dadeland Boulevard, Suite 400
18                             Miami, Fl 33156

19    REPORTED BY:             PAULINE A. STIPES, RPR-CM
                               Official United States Court Reporter
20                             Federal Courthouse
                               299 E. Broward Boulevard
21                             Ft. Lauderdale, FL  33301
                                             954-769-5496
22

23

24

25
```

```
 1            THE COURT:  The matter before the Court is United
 2   States of America versus Brandon Robinson.
 3            This is case number 13 dash 60284-CR.
 4            Mr. Robinson is present.  He is represented by Steven
 5   Haguel.
 6            The Government is represented by Assistant United
 7   States Attorneys Francis Viamontes and Katherine Koontz.
 8            On March 3rd of this year, Mr. Robinson entered a plea
 9   of guilty to Counts 1, 2, 3 of a seven count superseding
10   indictment.
11            Upon acceptance of his plea, the Court adjudged
12   Mr. Robinson guilty of Counts 1, 2, and 3, ordered a
13   pre-sentence investigative report and deferred sentence until
14   today's date.
15            Have counsel for the respective parties received a
16   copy of the pre-sentence report?
17            Ms. Viamontes?
18            MS. VIAMONTES:  Yes.
19            THE COURT:  Mr. Haguel?
20            MR. HAGUEL:  Yes.
21            THE COURT:  Mr. Robinson, have you received and
22   reviewed a copy the pre-sentence report?
23            THE DEFENDANT:  Yes, sir.
24            THE COURT:  Are there any objections?
25            MR. HAGUEL:  I have filed my objections and they are
```

1   addressed by the Probation Officer, but there are still

2   outstanding objections, yes.

3           THE COURT:  Let's hear outstanding objections not

4   resolved.

5           MR. HAGUEL:  Go along with the addendum filed by the

6   Probation Officer.

7           The Probation Officer, and correctly so, lumps a

8   couple of my objections together in the first paragraph on the

9   first page.  They are not numbered, on the first page saying

10  that Mr. Robinson objects to the statements that say he forced

11  the victims into prostitution, that he choked one of the

12  victims, and pushed her back and wouldn't let her leave.

13          Those type objections -- those type statements.

14          He does object to that.

15          Without minimizing what he has done, and without

16  trying to deny what he has done, he also at the same time does

17  not want to be painted worse than what he has already done.

18  What he has done is bad enough.  He does not want to be painted

19  as somebody worse than what he has done.

20          He is going to address the Court later this morning,

21  and he is going to tell the Court exactly that.  He does not

22  want to be painted as something that forced these victims into

23  prostitution.

24          The answer given by the Probation Officer which is the

25  only answer that could be given, well, the police reports, the

1    facts that were contained in the pre-sentence investigation

2    report were from the police reports.

3          Again, without denying what he has done, he is denying

4    any force.  He is denying any coercion.  And that is just

5    something that is going to be word against word.  It is not

6    something that can be resolved with an objection.  That can be

7    ruled on by the Court, yes, this happened or no, this didn't

8    happen.

9          The second objection or group of objections or single

10   objection, page two of the adendum has to do with the number of

11   victims.

12         Now, I was just present in the sentencing for

13   Mr. Jones and I heard counsel for Mr. Jones make the same

14   objection.  We are making the objection.  He pled guilty being

15   the pimp for Z.G. and M.Y..

16         The Probation Officer in the PSI has him accountable

17   for all four girls.

18         In response to my objection, the Probation Officer

19   states, which is, of course, the proper thing for her to state

20   that, according to the police reports, he did plead guilty to

21   the overall conspiracy granted and that he was present at this

22   hotel room and present at that hotel room and spoke about

23   knowing that this other girl was under age.

24         All that is granted.  And I will even go as far as

25   saying that, according to the provisions of the Sentencing

1  Guidelines, if he has pleaded guilty to the conspiracy, which

2  he has, he is accountable for what everybody in the conspiracy

3  has done.  He understands that.

4       The point of making this objection is to make it clear

5  to the Court that he was involved with two girls.  Bad enough

6  he was involved with two girls, but he was not involved with

7  the other girls.

8       So, that is the other objection that we made.

9       THE COURT:  The Court will adopt the response of U.S.

10  Probation and the objection will be overruled.

11       MR. HAGUEL:  Okay.

12       Other than that, there are several people who have

13  written letters to the Court which we have filed.

14       THE COURT:  Any other objections relating to the

15  Guidelines computations?

16       MR. HAGUEL:  The computations, no.  The numbers are

17  what the numbers are.

18       THE COURT:  The Court makes the following findings

19  with respect to the advisory guidelines:

20       Total offense level is 43.  Criminal history category

21  is 5.  The advisory imprisonment range is life.  Probation not

22  authorized.  Supervised release range is 5 years to life.

23       The fine range is $25,000 to $250,000.  Restitution is

24  yet to be determined, and there is a mandatory special

25  assessment of $100 per count for a total of $300.

1          Now I will hear from you further, Mr. Haguel.

2          MR. HAGUEL:  We have submitted to the Court several

3    letters.  I am sure the Court has received and read them.  I

4    apologize they were only submitted a day before.  There were

5    problems getting them and transmitting them to counsel, to me,

6    so I could file them on the electronic filing system.  I am

7    glad they were filed a day in advance.

8          Some of those people will address the Court today.

9          THE COURT:  I will be glad to hear from them.

10          MR. HAGUEL:  If we could hear from the Defendant's

11    mother.

12          THE COURT:  Sure.  Would you identify yourself for the

13    record?

14          THE WITNESS:  Cynthia Robinson Martin, Brandon

15    Robinson's mother.

16          This is my daughter.  She came up in case I can't

17    speak.

18          THE COURT:  Okay.

19          THE WITNESS:  I am here on behalf of my son for his

20    character, the type of person he is.  I am not saying -- I am

21    not condoning what he did.

22          I know my son.  I know he did not force anyone to do

23    anything.  He is a good person.  He would give you his last if

24    he had to.  He would give you food off of his table.

25          So, the reason I am here is to ask if you guys could

1   look into your heart and see the type of person he is, yes, he

2   has done wrong, the wrong thing in front of courts but he is a

3   good person.

4          THE COURT:  Thank you for being here.

5          MR. HAGUEL:  My next witness.

6          THE WITNESS:  My name is Popeita, P poppa e Edward i,

7   T as Tom a.

8          THE COURT:  Your last name.

9          THE WITNESS:  Numan, N-u-m-a-n.

10          I want to add to him being a good person and with him

11   having children, we need him home to provide for them and also

12   for us because it is just us three as far as relatives, and we

13   don't have any one else.

14          We just would like -- We know that prison time is

15   going to be given, but just if maybe some leniency on the time,

16   less time given, and maybe some help so we could have him home;

17   and, also, the sad parties, this whole thing has gone down, my

18   mom's health has also declined.  That is the scarey part, as

19   well.

20          That is all we have to say.

21          THE COURT:  Thank you.

22          THE WITNESS:  Good morning, Your Honor, my name is

23   Jennell Graham.  I am the best friend of Brandon's girlfriend.

24          I want to tell you about my personal experience for

25   Brandon.  I am aware you read the letter; but, before I went to

1  school, I was caught up in things I wasn't supposed to be

2  caught in.

3         My mother lost her job.  She is a single mother,

4  parent, and we didn't have any money in the household.  I

5  resorted to some things I shouldn't have.  Every time I had an

6  issue I would go and speak to Brandon, and he would welcome me

7  with open arms, no matter what time, he was there for me.  He

8  made it clear if I needed him, he was there.

9         Although he talked me out of it the first time, I went

10 against him.  I got caught up.  If it weren't for him, I

11 wouldn't be in school.  I am going to school in Alabama.  He

12 saved my life.  I want make that clear.

13        I am telling you, and he is hearing me, he saved my

14 life.  He is the one that made it clear I need to do better, I

15 need to live better, the streets are not where I am supposed to

16 be at.

17        I ask you to please, please, please be lenient on his

18 sentence.

19        I am not saying what he did was right.  I am aware

20 everybody has to pay for whatever they did.  The consequences

21 can't be excused, but he has a family.  He has two little

22 girls.  My nieces asks for him all the time, and it is sad, it

23 is sad that the home is broken up.  It is sad my sister, my

24 best friend has to do things on her own because he is not

25 there.

```
 1                 That is all I have to say.

 2           THE COURT:  Thank you.

 3           THE WITNESS:  Hi, Your Honor, my name is Bianca

 4  Gonzalez.  I am Brandon's girlfriend and mother of his

 5  children.  I am aware that Brandon was involved in some major

 6  issues; but, as you see, he has major support system.  We are

 7  all here to support him.  He has a family.  He has two girls

 8  that need him.  I need him.  I can't raise our girls by myself.

 9           If he gets extensive amount of years, my children are

10  going to be my age.  They will not accept him.  They won't know

11  who he is.  They don't have a chance to build that relationship

12  with their father.

13           I need him.  We need him.  I don't want them to come

14  from a broken home.  I met my father last year for the first

15  time and I couldn't accept him.  I couldn't look at him and say

16  this is my father, I don't even know you.  And I don't want the

17  same thing for my girls.

18           I don't want my children to come from the same type

19  broken home that I came from and, Brandon, he wants to be part

20  of his children's life.  He loves us and he wants to be there.

21           I know he won't walk away a free man, but I am asking

22  if you could please not give him so many years because we do

23  need him there with us.

24

25  BY MR. HAGUEL:
```

10

```
1  Q.  I know you--
2        How many children do you have?
3  A.  Two.
4  Q.  Are they both Brandon's children?
5  A.  My first daughter isn't but her father, he was not part of
6  her life at all, and Brandon stepped up and played that role.
7        He is the only person that she knows as daddy.  She
8  doesn't know anybody else.  She doesn't know her other father.
9        I don't want that to be taken away from her.
10        She is only six months.  She doesn't even know him.
11  She hasn't had a chance to build a relationship with him, and
12  he will be taken away from her before she realizes who her
13  daddy is, and I really don't want that.
14  BY THE COURT:
15  Q.  Ma'am, you have been with Mr. Robinson for approximately
16  six years?
17  A.  On and off.  I know him since I was 16.
18  Q.  But you all have been romantically involved for about six
19  years?
20  A.  (Witness nods head in the affirmative.).
21  Q.  Is that a yes?
22  A.  Pretty much, yes.
23  Q.  How old is your child with Mr. Robinson?
24  A.  She is six months.
25  Q.  Six months.  Did you have any idea what Mr. Robinson was
```

1  doing when he was not with you?

2  A.  No.

3  Q.  Do you know now?

4  A.  I am aware of it now.

5  Q.  What do you think about that?

6  A.  I mean, I don't think -- I really don't think he played a

7  major role in this.

8        I feel like he might have been involved in some way,

9  but, I mean, the type of person I see Brandon is with our two

10  children, I can't imagine him doing something like that to

11  other under-age girls.  That is just not his character.

12        Anybody that knows him, how his relationship of kids

13  of any age are, he is that backbone, that support, whatever he

14  has he will give you.  Whatever that child needs, he makes sure

15  he could provide.

16        I can't imagine Brandon being what the Government is

17  tying to convey him as.

18  Q.  You understand that he plead guilty to the charges?

19  A.  I do.

20  Q.  Do you consider the charges to be serious?

21  A.  I do consider them to be serious, but I also consider the

22  fact that before we really established ouselves as a family,

23  Brandon was really out there doing whatever Brandon needs to do

24  to get by.

25        He has family now.  He has a reason to live.  He has

1    reason to do better.  He has a purpose now.  He didn't have a

2    purpose before.  I know him since I was 16.

3    Q.  Apparently, he did have a purpose, to use these run away

4    girls for prostitution, to make money off of their bodies.

5            What do you think about that?

6    A.  I mean, I don't -- in my opinion, I don't think he forced

7    anyone --

8            Like I said, I don't feel like he played a major role.

9    I feel like he was involved.  I don't think he forced anyone to

10   do anything.

11           Brandon was diligently trying to find a job.  It is

12   not really easy in this day and age.

13           He wanted to be with us more than anybody, and I know

14   he may have been involved in that.  That is not his focus now.

15           THE COURT:  Okay.  Thank you.

16           MR. HAGUEL:  Ms. Perry.

17           THE WITNESS:  Good morning.

18           THE COURT:  Good morning.

19           Could you give us your name?

20           THE WITNESS:  Zareea Gary.

21           MR. HAGUEL:  May I ask the questions?

22           THE COURT:  Yes.  Sure.

23   BY MR. HAGUEL:

24   Q.  Would you tell us your name.

25   A.  Zareea Gary.

```
 1              Z-a-r-e-e-a, Gary.
 2              MR. HAGUEL:  Your Honor, Ms. Gary is one of the
 3    victims charged in the case.
 4              Ms. Perry is her mother.  I have spoken with both of
 5    them.
 6              Ms. Gary is very young, as you can see; very upset, as
 7    you can see; and, as of a few minutes before court started, she
 8    told me she didn't know if she would be able to address the
 9    Court.
10              We have to see how that plays out.
11              Ms. Perry is her mother.
12              Ms. Perry is a little more composed.  Ms. Perry has
13    spoken with Zareea, and she would like to tell the Court
14    something about the nature of the relationship between Zarrea
15    and Mr. Robinson.
16    BY MR. HAGUEL:
17    Q.  Tell the Court your name?
18    A.  Cindy Perry.
19    Q.  You are Zareea's mother?
20    A.  Yes.
21    Q.  Do you remember when Zareea met Brandon?
22    A.  In March.
23    Q.  Last year?
24    A.  Yes.
25    Q.  These are going to be painful questions.
```

1  A.   Okay.

2  Q.   Was your daughter Zareea involved in prostitution?

3  A.   Yes, she was.

4  Q.   Was she involved in prostitution before she met Brandon?

5  A.   Way before she met Brandon.

6  Q.   Did she continue to be involved in prostitution after she

7  met Brandon?

8  A.   Yes.

9  Q.   Did you have contact with Brandon while they were together?

10  A.   Yes, I did.

11  Q.   And you spoke with Brandon about his relationship with

12  Zareea?

13  A.   Yes.

14  Q.   What was your opinion about their relationship?

15  A.   They were together.  They were prostituting her.  She was

16  doing it way before he met her.  When she got with him, he

17  wanted her to stop it, period.  She was not coming home, still

18  doing her--

19  Q.   Speak slower.

20  A.   She was still prostituting, everything.  He didn't have

21  involvement in her prostitution.  He wanted her to stop it, and

22  we talked about it.

23  Q.   Talked about what?

24  A.   Prostitution.

25  Q.   And what did he tell you?

1  A.  He said he wanted her to do better.  He wanted me to talk

2  to her about the prostitution.  She never listened me anyways.

3  We ganged up on her wanted her to stop and putting her back in

4  school.  With his help, that happened.

5  Q.  Was Zareea in school when she first met Brandon?

6  A.  No, she stopped going completely.

7  Q.  To your knowledge, did Mr. Robinson speak with her and

8  influence her about going back to school?

9  A.  Yes.

10  Q.  What did he say?

11  A.  He told her that she has no business being on the streets

12  selling her body for money and stuff like that.  She need to be

13  a mother to her child and come back home with me, but she still

14  didn't listen to that, so she continued on doing whatever she

15  was doing, prostitution.

16  Q.  Did she go back to school?

17  A.  She went back to school.  Once he had a hard down talk with

18  her as in get off the streets, get a better education, take

19  care of the baby, more positive things.

20          She wasn't listening to me.  He talked to her and got

21  her back in school.

22  Q.  In your opinion, as far as you know, as far as you were

23  able to see, was Zareea's decision to go back to school, was

24  that due to, in part, Brandon Robinson?

25  A.  Yes.

1   Q.  You say Zareea was rebellious, you wanted her to come home?

2   A.  Yes.

3   Q.  Where did she live?

4   A.  With Brandon and his sister.

5   Q.  At whose house?

6   A.  His sister's house.

7   Q.  At Brandon sister's house?

8   A.  Yes.

9   Q.  As far as you know, did Brandon ever supply Zareea and her

10  child with any money or support of any sort?

11  A.  He was taking care of both of them financially.

12  Q.  What do you mean?

13  A.  Give the baby clothes, diapers, food, her, too, clothes,

14  whatever she needed.  He took care of her as if they were

15  together.

16  Q.  This baby is not Brandon's baby?

17  A.  No.  No.

18  Q.  As far as you know, as far as you were able to see, did

19  Zareea give Mr. Robinson money?

20  A.  No.  He mainly give -- I didn't see her giving him.

21  Q.  Did you hear about it?

22  A.  No.  She brought money to me.

23  Q.  What did Zareea tell you about the money she made from

24  prostitution?  Did she tell you she had to give all of it to

25  Mr. Robinson?

1    A.   No.   She never said it.

2    Q.   Did she tell you she had to give some of it to

3    Mr. Robinson?

4    A.   No.

5    Q.   What did she say about the money she made for prostitution?

6    A.   All the money she made prostitution was going to the baby.

7    I had my grandson.   That is why she brought it to me.

8    Q.   Is there anything you want to tell the judge?

9    A.   Brandon is a good person.   I don't know what he was doing

10   on the side.   I am speaking about Zareea.   He did get her to do

11   better.   Something I couldn't do.

12          Got her tending more to her child than the streets and

13   everything, so he is just a good person, as far as I know; and,

14   as far as I know with her, he helped her out and I am grateful

15   for that, and God bless him for doing that for me.

16   Q.   As far as you know, as far as you were able to see or

17   Zareea told you, that you know from any source, did

18   Mr. Robinson force Zareea to continue with prostitution?

19   A.   No.

20   Q.   Ever hurt her in any way?

21   A.   No.   They always argue about him stopping her from doing

22   it, and she never want to stop from doing it.   She is, like,

23   this is the only way I have to take care of my baby, which is a

24   lie.   She didn't want to stop and he tried to force her to stop

25   and she didn't want to.

1   Q.   Did you ever hear or see or know or have any indication at

2   all that Mr. Robinson harmed her in any way or hit her in any

3   way?

4   A.   No.

5   Q.   Anything else?

6   A.   No, I am done.

7            MR. HAGUEL:   Zareea, do you want to talk to the judge

8   for a moment?

9            THE WITNESS:   No.

10           MR. HAGUEL:   You think you can?

11           (Shakes head no.)

12           THE COURT:   Does the Government have any questions?

13           MS. VIAMONTES:   Yes, judge, thank you.

14           THE COURT:   You are welcome.

15   BY MS. VIAMONTES:

16   Q.   Good morning, ma'am.   How are you?

17   A.   Good morning.

18   Q.   Isn't it true you filed child abuse reports because your

19   daughter was taking her child to hotels with Brandon Robinson

20   and prostituting out of there?

21   A.   Yes, I filed reports for --

22   Q.   Ma'am, you need to speak into the microphone.

23   A.   Yes, yes, that is true, but it wasn't because she was

24   taking him to the hotels, because she was being defiant of me,

25   and she wanted to run out and do what she wanted to do, and she

1  had a baby at home, so I called DCF on her.

2  Q.  And you also called the police and reported that Ace, which

3  is Brandon Robinson, was seen, was observed pulling your

4  daughter by the hair, correct?

5  A.  I called the police because I wanted my daughter home and I

6  told her I was going to say that she was being abused so she

7  could come home to her child instead of being out in the

8  streets, yes.

9  Q.  So you are telling this Court now you lied to the police

10  when you made that report?  That was a false report?

11  A.  It wasn't a false report.  Someone told me that.  That is

12  why I called the police.

13  Q.  Somebody told you that Ace was pulling your daughter by the

14  hair?

15  A.  Yes, someone told me that and I was calling the police

16  myself.  I wanted her home.  I didn't want her in the street to

17  be abused.

18  Q.  You know Ace is a Bloods gang member?

19  A.  No, I don't know him like that.

20  Q.  Ma'am, have you been visited by Ace or some of the

21  associates during the pendency of the case?

22  A.  No.

23  Q.  Do you know whether your daughter has been visited by Ace

24  or some fellow gang members during the pendency of the case?

25  A.  No.  She has been staying with me since all this be going

```
 1   on.
 2   Q.   You do know that Ace pimped your daughter out, correct?
 3   A.   No, he didn't.
 4          MS. VIAMONTES:  May I approach, Your Honor?
 5          THE COURT:  Yes.
 6          MS. VIAMONTES:  Your Honor, I am placing on the elmo,
 7   I will mark it, I don't have a sticker at this time, but I will
 8   mark it Government's 1 for sentencing purposes.
 9          This is a Backpage Ad.
10   BY MS. VIAMONTES:
11   Q.   Ma'am, are these photographs of your daughter?
12   A.   I don't know.  I can't see her face.
13          I don't know.
14   Q.   You can't tell this is your daughter in the picture?
15   A.   No, I can't.
16   Q.   And this is a Backpage Ad that was posted, 1, 2, 3, 4, 5,
17   6, 7, 8, 9, 10, 11, 12, 13 times posted for a girl that appears
18   to be your daughter.
19          Your daughter goes by Puffy, correct?
20   A.   Yes.
21   Q.   From the Defendant's cell phone, do you see that?
22   A.   I don't know his cell phone, no.  I don't know his cell
23   phone.
24   Q.   Are you familiar with the Bloods gang?
25   A.   No, I am not familiar with any gang.
```

```
 1            MS. VIAMONTES:  Nothing further, judge.
 2            THE COURT:  Anything further?
 3            MR. HAGUEL:  No, Your Honor, not from this witness.
 4            THE COURT:  Thank you, ma'am,.
 5            MR. HAGUEL:  One minute.
 6            THE COURT:  You need to speak into the microphone,
 7  please.
 8  BY MR. HAGUEL:
 9  Q.  Start by telling the judge your name?
10  A.  My name is Zareea Perry.
11  Q.  Were you dating Brandon Robinson at one time?
12  A.  Yes.
13  Q.  Were you prostituting during the time you were dating
14  Brandon Robinson?
15  A.  Yes, sir.
16  Q.  Were you prostituting before you were dating Brandon
17  Robinson?
18  A.  Yes.
19  Q.  When you met Brandon Robinson, is he the one that forced
20  you to prostitute?
21  A.  No.
22  Q.  Did he ever force you to prostitute?
23  A.  No.
24  Q.  Did he ever threaten you to keep you prostituting?
25  A.  No.
```

1    Q.  Did he ever grab you by the hair?

2    A.  No.  He never placed his hands on me.

3    Q.  During the time you were together with Brandon Robinson,

4    you were still prostituting?

5    A.  Yes.

6    Q.  You were making money from that?

7    A.  Yes.

8    Q.  Did you give a percentage of that money to Brandon

9    Robinson?

10   A.  No.

11   Q.  Did you give a lump sum, like $10.00 each time to Brandon

12   Robinson or $15.00?

13   A.  No.  No.

14   Q.  No amount of money each time to Brandon Robinson?

15          Did you ever give money to Brandon Robinson at any

16   time?

17   A.  Yes, if he needed it.

18   Q.  Did he ever give you money at any time?

19   A.  Yes.

20   Q.  When you say you gave Brandon Robinson when he needed it,

21   was it in connection with your prostitution?

22   A.  Yes.

23   Q.  Was the money what you made from prostitution?

24   A.  Yes.

25   Q.  Is there anything else you want to tell the judge?

```
 1              THE COURT:  Does the Government have any questions?
 2              MS. VIAMONTES:  Yes, Your Honor, briefly.
 3   BY MS. VIAMONTES:
 4   Q.  Z.G., how many other girls were working for Brandon
 5   Robinson when you were with him?
 6   A.  I didn't know of any other girls.
 7   Q.  You didn't know of any other girls?
 8   A.  No.
 9   Q.  When was it that you prostituted for Brandon Robinson?
10   A.  I never prostituted for him.
11   Q.  Didn't you testify that you did?
12   A.  No, for myself, not for him.
13   Q.  Out of hotels that he rented?
14   A.  Actually, we were living in the hotel because he sister
15   kicked us out.
16   Q.  Who paid for the rooms?
17   A.  We did.
18   Q.  Who?
19   A.  Me and --
20   Q.  Z.G., did Brandon Robinson have a job while you were
21   prostituting?
22   A.  No.
23   Q.  How would he pay for the rooms?
24   A.  Actually, I paid for them.
25   Q.  I am putting on the elmo a photograph.  Do you recognize
```

1  who is in this photograph?

2  A.  Yes.

3  Q.  Who is in the photograph?

4  A.  Brandon.

5  Q.  On the right, is this Brandon Robinson?

6  A.  Yes.

7  Q.  He is also known as Ace?

8  A.  Yes.

9  Q.  He is a Bloods gang member, correct?

10  A.  I didn't know that.

11  Q.  You didn't know that?

12  A.  No.

13  Q.  Do you know who this person is?

14  A.  No.

15  Q.  Do you know somebody by the name of Spider?

16  A.  No.

17  Q.  Z.G., you have been contacted by Brandon Robinson during

18  the pendency of the case, correct?

19  A.  No.

20  Q.  You have been contacted by his associates, haven't you?

21  A.  Only his mother.

22  Q.  Okay.  You were urged to not cooperate with the Government,

23  you were told to not cooperate with the Government, isn't that

24  true?

25  A.  No.

1  Q.  Do you realize all the jail calls are recorded.  All the

2  calls from jail are recorded.  Do you know that?

3  A.  Uh-hum.

4  Q.  Is that a yes?

5  A.  Yes.

6  Q.  Would you be surprised in some of the jail calls Brandon

7  Robinson talks about taking care of you making sure you are not

8  coming to court?

9  A.  No.  No.  He never said that.

10 Q.  Z.G., you are afraid of Brandon Robinson, is that true?

11 A.  No.

12       MS. VIAMONTES:  Your Honor, if I could question the

13 witness without anybody next to her because she is being nudged

14 by her mother.

15       THE WITNESS:  No, I was going to move her out of the

16 way and talk with you.

17       THE COURT:  Ma'am, if you would please step back a

18 couple steps.

19       Thank you.

20       Go ahead Ms. Viamontes.

21 BY MS. VIAMONTES:

22 Q.  Ma'am, Z.G., you were pulled by the hair at one point by

23 Brandon Robinson?

24 A.  No.  He never put his hands on me.

25 Q.  You are not afraid of him?  You are not afraid of other

```
 1  gang members in this case?
 2  A.  No.
 3  Q.  You have never seen him be violent toward Johns that come
 4  to the hotel?
 5  A.  No.
 6          MS. VIAMONTES:  Nothing further, Your Honor.
 7          THE COURT:  I need to take a two minute restroom
 8  break.
 9          5 minutes instead of two.
10          (Thereupon, a short recess was taken.)
11          THE COURT:  Okay, the record will reflect that
12  Mr. Robinson is present represented by counsel.
13          Folks, you all can be seated.
14          Mr. Haguel anything further?
15          MR. HAGUEL:  Yes, the defendant would like to address
16  the Court.
17          THE COURT:  Okay.  After that, I will hear from the
18  Government.
19          Mr. Robinson.
20          THE DEFENDANT:  Good morning, Your Honor.
21          THE COURT:  Good morning.
22          THE DEFENDANT:  Your Honor, I just want to read this
23  letter to you.
24          THE COURT:  Okay.
25          THE DEFENDANT:  Your Honor, I thank you for hearing me
```

1    out.  I admit I made mistakes in the past; but, before we talk

2    about those mistakes, I would like to apologize to the victims

3    in this case, Zareea Gary and Yardy (phonetic), growing up

4    without a father played a major role in these mistakes.

5           My mother did the best trying to keep me from hanging

6    out with the wrong crowd and I thank her for that.

7           Your Honor, I had opportunities in this life that some

8    kids dream for.  I started playing basketball for AAU Travel

9    Team at the age of 12.  I competed in Las Vegas, Kentucky,

10   Indiana, Georgia, North and South Carolina.  So many places, I

11   can't even remember.

12          I have had a scholarship to two schools, Michigan and

13   Lynn University.  When given the scholarship to Michigan, I got

14   involved with the wrong people, and Cynthia Prado gave me six

15   months in jail.  My scholarship was taken away from me and so

16   was my basketball dream.

17          After that, the use of drugs was a factor in my life.

18   I also lost a close friend to me his name was Michael.  He

19   passed away from dialysis.  A year later I lost another close

20   friend.  She was shot in the head and chest.  To make it so bad

21   it was on her birthday night.

22          This destroyed me, Your Honor.

23          I done wrong in my life.  It is clear to see.  If not,

24   I would not be standing in front of you.  I made terrible

25   decisions, this charge being the worst in my life.

1          Sometimes I sit in my cell and saying what is you

2  thinking?  That was the problem.  I was not thinking, only

3  thinking of myself.

4          I add it to my wrong, no one should engage in this

5  type activity no matter what age they are.

6          I know I did not force anyone to do this, and they did

7  this on their own will, also, in their previous life before

8  they met me.

9          That still does not make it right and I can truly,

10  from the bottom of my heart, say that I am sorry.  I'm sorry

11  because I participated in this way of living knowing deep down

12  that it was wrong.

13          I don't know if me saying something about it would

14  have changed their actions, but I know I would not be in this

15  predicament I am in now.

16          No one is perfect.  I know I have things I need to fix

17  in my life and truth be told I been working on these things.

18          Your Honor, do you have kids?  I would guess that you

19  do, that are the most precious things in the world.  I have two

20  beautiful daughters that mean the world to me.  Arianna is only

21  three years old.  She is so bright.  I talk to her every day.

22          When I am feeling down, just to hear her sweet voice

23  lifts my spirit.  She misses me dearly.  My wife tells me she

24  asked for me every day.

25          And then Alya, she is six months old.  I was only

1   there four weeks of her life.  She is my little angel.  She is

2   growing up so fast, and it hurts me to my heart that I am

3   missing these special moments.  I love them both so much.  They

4   are my life, Your Honor.

5           I told you earlier how I grew up without a father

6   figure, and that was a big factor me maybe gone bad.  I don't

7   want that to be for my children.  I want to guide them the

8   right path to show them the love that little girl needs from

9   their father.

10          I know I have to be punished for my crime.  It is the

11  prosecutor's job to let you know about my crime.  I don't

12  disagree with the bad things they tell you.  They are correct,

13  but they are not complete.  They are two sides to me, and they

14  only know one, which is the negative side I admitted to you.

15  They don't know the other side, loving, caring, giving.  The

16  other side that can always put a smile on someone's face, the

17  side my family and friends know, your Honor.

18          If you could find it in your heart to give me another

19  chance at life, I promise that I would not let you or my family

20  down.  I am 23 years old but a child in many ways.  I have a

21  loving girlfriend and we plan to get married and live a

22  positive life raising our daughters.  I have a loving mother

23  and sister who has always been there for me in my life.  I love

24  them so much.

25          I guess I was blind to these things and what I am

1  trying to say is, please, make a way for me to return back to

2  them, my family, my two daughters, my mother, my wife, my

3  sister, my life at a decent age so I can start over.

4        Thank you, Judge Cohn.

5        THE COURT:  Mr. Haguel, anything else you want to say

6  before I turn to the Government?

7        MR. HAGUEL:  No other witnesses or testimony to

8  present.

9        I do have comments, if I could reserve after the

10 Government.

11        THE COURT:  I think that is fair.

12        Go ahead, Ms. Viamontes.

13        MS. VIAMONTES:  Thank you, Your Honor.

14        Your Honor, you heard one side of Brandon Robinson

15 today, but I want to tell the Court what maybe some of his

16 family members don't know and what they don't see in Brandon

17 Robinson.

18        Brandon Robinson, as you see in this picture, he is a

19 documented Bloods gang member.

20        Your Honor, Brandon Robinson did force M.Y. to

21 prostitute.  He did use violence against her.  He choked her,

22 threw here on the bed, a child that went there not knowing what

23 she was going to get involved with.

24        That child is in court today.  She does not wish to

25 talk about what happened to her.  She may wish to come up here

1    and I will help her tell the Court how what Brandon Robinson

2    did to her affected her life.  He did use force and violence

3    against M.Y.  She estimated she had approximately 50

4    prostitution dates that day, Your Honor, he became so irate,

5    initially, when he had her answer the phones when the customers

6    were calling, she sounded so young on the phone that customers

7    were getting concerned that they were dealing with minors.  He

8    got so upset with her, he choked her, threw her on the bed.  He

9    prevented her from leaving.

10            M.Y. was able to escape from Brandon Robinson because

11    another minor contacted the ad, contacted her, went to her and

12    said, hey, you are too young.  Let me help you get out of here.

13            That minor would have been called to testify had

14    Brandon Robinson go to trial and she would have established

15    that M.Y. was afraid of Brandon Robinson.  They snuck out of

16    there.  As they were leaving, Andre Holston left the hotel and

17    they had to lie to Holston where they were going.  And Robinson

18    told M.Y., you tell Robinson where you are going.

19            This is a man who took advantage of vulnerable girls

20    who either needed a father figure in life or foster care.

21            He used force.  This is a violent pimp.  With some

22    girls, he used the boyfriend pimp.  With other girls, such as,

23    M.Y., who was 14 at the time, he used violence.

24            Your Honor, we would like to play one jail call for

25    the Court. I don't want to take a lot of time.  In order for

1    the Court to fashion a just sentence, the Court must know how

2    dangerous he is.

3          He acknowledges placing a hit on one of the witnesses

4    in the case, Jeana Dubois.  You heard Jeana Dubois throughout

5    the PSI.  Jeana Dubois was an unindicted co-conspirator.  She

6    was the bottom for Ace.  She was cooperating with the

7    Government.  That is why she wasn't charged.  She assisted the

8    Government in the Flowers investigation, getting undercover

9    recordings from Flowers.  Brandon Robinson found out about it

10   and placed a hit on her.

11         That is documented in the jail call, and they talk

12   about how he placed a hit and called the hit off and tells her,

13   in effect, I did that for you.  I saved you, so now you are

14   going to take care of M.Y..

15         You will hear how they mention M.Y., and how he tells

16   Jeana Dubois to contact his mom who will contact Spider to take

17   care of her.

18         So, Your Honor, at that time, I will play that jail

19   call.  I do have a transcript the Court can follow along with,

20   if you like.

21         THE COURT:  Please.

22         Judge, I don't see the speakers that are normally

23   here.  Let me see if I can get this louder.

24         THE COURT:  Those of you who are here for the 11

25   o'clock sentencing, we are running behind schedule.  The Court

 1   asked counsel to advise the Court when a sentencing hearing

 2   will take greater than 30 minutes, and we've taken almost an

 3   hour; but, in the future, if you see or you anticipate a

 4   sentencing hearing will take longer than a half hour, please

 5   notify the Court so we don't run into a situation such as this

 6   where I have other lawyers who are here in a timely fashion and

 7   who are not being heard for quite some time after their

 8   scheduled hearing, as a matter of courtesy.

 9           MR. HAGUEL:  I apologize, Your Honor.

10           THE COURT:  I'm sorry, you did have an hour.

11           MS. VIAMONTES:  I asked for an hour.

12           THE COURT:  We are still within the hour.  We will run

13   over slightly.

14           I say that in the future if you see that situation on

15   the horizon.

16           (Call played.)

17           MS. VIAMONTES:  Your Honor, there is no need to play

18   the rest of that recording; but, as the Court heard, you heard

19   Brandon Robinson, you heard the true side of Ace, the side

20   maybe his family may not know, maybe some of the witnesses may

21   not know.  It explains why victim Z.G. came in here saying some

22   of the things she said.

23           He acknowledges placing a hit on Jeana Dubois, talks

24   about how his associates put a gun to her back and said there

25   was a hit on her placed by Brandon Robinson and he is the one

1    that called it off, because he is the one working out there

2    placing pressure on Puffy, Z.G. that came in here today.

3            And you heard in the phone call where Jeana said she

4    is willing to beat this girl up.  What does Brandon Robinson

5    say?  "That is not enough, cut off oxygen."

6            He ordered a hit on a 14 year old child.  He ordered

7    them to put pressure and obstruct with Puffy, Z.G.

8            Your Honor, this is who Ace is.  He is a violent gang

9    member.  He is the orchestrator.

10           Is this on here?

11           THE COURT:  It should be.

12           MS. VIAMONTES:  This photograph was admitted into

13   evidence, Your Honor.  It is Government's Exhibit 38 at trial.

14           This shows the man that he refers to as Spider in that

15   photograph.  That is his hit man, and that is who he wants to

16   enforce his rules to make sure that these witnesses cannot come

17   in and testify so he cannot be held accountable for what he has

18   done, Your Honor.

19           This man should not be unleashed on our community, not

20   in 30 years, not ever.  He will never change.

21           If it weren't for Brandon Robinson, a lot of the

22   co-defendants probably wouldn't have done what they did,

23   especially, Kerry Bullock.  Kerry Bullock is a victim of

24   Brandon Robinson.  He is the leader and orchestrated this

25   thing.

1      There are numerous jail calls where he is heard

2   talking about going to the Bloods' meetings.  He attends the

3   regional meetings with someone he refers to a Ma.  Matrina, who

4   is the matriarch of the gang, and, clearly, he is asking

5   somebody of a mother figure, whether it is his biological

6   mother or Matrina.

7      I urge this Court, I know it is not easy, I know the

8   Court takes it seriously, especially, when sentencing a young

9   man, I ask the Court to give him a guideline sentence of life

10  in prison.

11      I don't think any other term would protect our

12  community.  He is a very violent man and the record is clear no

13  other sentence would adequately protect our community or deter

14  others from obstructing justice and placing hits on victims

15  during a Federal case, and violating young girls.

16      Victim M.Y. does want to address the Court briefly

17  with my assistance.  She was only 14.

18      I will have her come into the courtroom at this time.

19  I had her step out during that call.  She is about 30 weeks

20  pregnant, and I didn't want to add any pressure that was not

21  necessary to her.

22      (Pause)

23      MS. VIAMONTES:  If it is okay, Agent Heather Armstrong

24  is standing with her because the victim feels more comfortable.

25      THE COURT:  Yes, ma'am.

1    BY MS. VIAMONTES:

2    Q.   Is it okay if I call you M.Y?

3    A.   Yes.

4    Q.   Could you please introduce yourself to the judge?

5    A.   My name is M.Y., and I am one of the victims in this case.

6    Q.   I am not going to ask you any specific questions, but you

7    did want to tell the judge what Brandon Robinson did affected

8    you?

9    A.   Yes.

10   Q.   Go ahead.

11   A.   First of all, I say that it wasn't right what he did, but I

12   am a Godly person, and everybody deserves another chance, so I

13   do accept his apology, because I didn't think he was going to.

14        At the same time, I want you to know I am also

15   pregnant now.  Because of what he did, I can no longer talk to

16   my baby daddy.  I have no sexual relation with him, because I

17   am not comfortable.

18        I feel like what that did to me, it took away my

19   childhood, and I matured too fast for my age, and I feel like

20   my baby is not going to know her father because of this

21   incident.

22        I do accept his apology, and I hope he learns his

23   lesson and I hope he becomes a better person and I do apologize

24   for his two little girls.  I didn't know he had kids.  Every

25   kid deserves to have a father in his life.  I hope that he will

1   still see his children.  He does deserve time but not life.

2   Everybody needs a father in life.

3          His apology was deep and sincere.  Like he said, I

4   didn't see the positive side of his life.  I only saw the

5   negative side.  Me seeing his negative side, I said he deserve

6   to be in jail for the rest of his life.

7          Since his witnesses came up and told how much of a

8   good person he was, like, I kind of had that kind hearted,

9   because I really didn't know he was that good of a person and I

10  hope -- I didn't know he took care of the baby and put clothes

11  on her back.

12         THE COURT:  Ma'am, is your pregnancy the result of

13  these crimes?

14         THE WITNESS:  No.

15         THE COURT:  All right.  Thank you.

16         MS. VIAMONTES:  Thank you, judge.

17         MR. HAGUEL:  Your Honor, may I ask one question of the

18  witness?

19         THE COURT:  This was a victim impact.

20         MS. VIAMONTES:  I didn't ask any testimonial

21  questions, Your Honor.

22         THE COURT:  It is a victim impact statement required

23  by statute.  I don't think it would be appropriate to subject

24  her to cross-examination.

25         MR. HAGUEL:  I withdraw that.

```
 1              THE COURT:  All right.  Mr. Haguel you have the last
 2   word, sir.
 3              MR. HAGUEL:  Judge, let me start by saying the one
 4   question, one area that I wanted to ask this last witness
 5   was -- and, as I said when Ms. Gary was testifying and her
 6   mother was testifying, these are hard questions, these are hard
 7   facts to bring up.
 8              The one question I wanted to ask her is whether she
 9   was prostituting before she met Brandon Robinson?  I think her
10   answer would have been yes, and there are FBI reports --
11              MS. VIAMONTES:  I object to relevance.  How is that
12   relevant?
13              MR. HAGUEL:  May I reply?
14              THE COURT:  Go ahead.
15              MR. HAGUEL:  The relevance is for the Court to
16   consider whether you are sentencing a person who forced people
17   into prostitution or somebody who facilitated people who are
18   already in prostitution.
19              Which is not to say -- I am repeating this -- not to
20   say that for people already in prostitution is okay, it is not
21   okay.  He pled guilty to those crimes.
22              If they are going to grant that distinction or
23   stipulate to that distinction, I will be quiet.
24              MS. VIAMONTES:  Your Honor, there is no such
25   stipulation coming from this table.  That defendant forced M.Y.
```

1    to prostitute by choking her and being physically abusive.  I

2    don't care if she prostituted for five years before she met

3    Brandon Robinson, the second he placed his hands on her, that

4    changed the game completely.

5             MR. HAGUEL:  My response to that is he denies using

6    any violence and putting his hands on her.

7             If the Government is stipulating or conceding that she

8    was a prostitute before she met Mr. Robinson, that is the only

9    point I want to make concerning her.

10            MS. VIAMONTES:  I don't know if that needs a response.

11   She was a 14 year old child, judge.

12            THE COURT:  It does not need a response.

13            This is his rebuttal.  He can say whatever he wants

14   to.

15            The Court is the arbiter in this instance, and the

16   Court will determine what weight, if any, to give to any

17   argument by either side.

18            All right.

19            Mr. Haguel go ahead.

20            MR. HAGUEL:  As Mr. Robinson told you, I will

21   parenthetically tell the Court, I didn't write that speech for

22   him.  He wrote it.  The only coach I gave him, when he read it

23   to me, he was talking too fast.  I told him to talk slower.

24   Other than that, that was his words coming from his heart.

25            But I am going to take from his message to the Court,

1     some parts that I want to repeat to the Court.

2          There are bad things that Brandon Robinson has done.

3     We are not denying those.  I am not dwelling on those because

4     that is what the Government is here for.

5          They have done a wonderful job of dwelling on that.

6          Yes, there are bad things that Brandon Robinson has

7     done, but the Court has heard today, and the Court knows there

8     are good things he has done.

9          You heard from his friends, his relatives.  You heard

10    out of the two victims in this case, the Court has heard from

11    one victim saying that she was in prostitution before she met

12    him, and Mr. Robinson tied to talk her out of being in

13    prostituting, but, yes, she was still prostituting when they

14    were together.

15         You heard from the mother of his two children saying

16    what a good father he is to those two children, asking the

17    Court to allow those two children to grow up with a father at

18    some reasonable age.

19         We know the Court is not going to allow Mr. Robinson

20    to walk out of this courtroom and be a father with his children

21    tomorrow, but we also know, as the mother told you -- of the

22    children told you, she grew up without a father and had a great

23    effect on her.

24         Mr. Robinson grew up without a father and it had an

25    effect on him.  We do not want that to continue with his two

1   small children.

2          The Court also heard from the last witness, M.Y. and I

3   praise her, I applaud her for what she said because a lot of

4   what she said, I hope I am not misquoting her, she said when

5   she came in here she wanted to see Mr. Robinson go to jail for

6   life.  Now that she heard a little more about him, she accepts

7   his apology, doesn't make it all right, doesn't make it never

8   happened, but she accepts his apology and he deserves a second

9   chance and his sentence should not be a life sentence, and the

10  daughters could -- she said I apologize to his daughters, I

11  didn't know he had daughters, something like that.

12         But she is also considering his daughters, and that

13  she now, after coming in here today, now sees the positive side

14  of Mr. Robinson when all she knew before that was the negative

15  side of Mr. Robinson.

16         That is the point we are trying to make to the Court

17  today.

18         Yes, we do not deny the negative side of Mr. Robinson,

19  but we ask the Court to also consider the positive side of

20  Mr. Robinson.

21         As far as the sentence itself, the Guidelines are, I

22  will use the word, through the roof.  We are asking the

23  Court -- the Guidelines are advisory, and we ask the Court not

24  to follow the Guidelines.  We are asking for a variance

25  downward.  Statute 3553, and all the case law that goes along

1   with that says you shouldn't sentence the crime, you should

2   sentence the person.

3          The person that stands before you today has done a lot

4   of bad things but he also has done good things.

5          The Pre-sentence Investigation Report talks about some

6   of the skills he had that he never followed through with.

7          It also talks about the drug treatment he needs that

8   he never followed through with.

9          We are asking the Court to give him a sentence that

10  allows him to return to his children and to his family, mostly,

11  to his two daughters at some age when he can do some good in

12  their lives, and he be given an opportunity to get the drug

13  treatment he needs while in prison, and get the vocational

14  training he needs while in prison so when he comes out he does

15  not have the drug problem and does have vocational skills and

16  can be a productive member of society.

17         As far as porportionality, there are several

18  defendants in this case.  If I am not mistaken, all but one

19  have been sentenced.

20         Mr. Robinson is one of the most culpable in this case.

21  I believe that he is on a level with Mr. Flowers.  Mr. Flowers

22  was sentenced by this Court to 15 years.

23         I know there is going to be a response to the

24  Government saying Mr. Robinson also gave a threat -- threatened

25  one of the witnesses in this case.

1   We all just listened to that phone call.

2   I think that phone call is somewhat ambiguous.

3   I think there is some puffery in it, but it is what it

4   is.

5   It is also true there was never any threat carried

6   out.

7   Guidelines talk about obstruction of justice

8   enhancement of two levels.

9   When you are in the end of the chart where we are, two

10   levels is 24 months.  That is for any obstruction of justice,

11   that means when people are threatened or killed or are injured.

12   In this case, and, again, I don't mean to minimize

13   what was done, but I don't want the Court to over emphasize

14   what was done.  There was no harm done to any of the victims

15   nor was there a threat conveyed as a result of what we heard on

16   the phone call.

17   If the Guidelines talk about a two year enhancement

18   for obstruction of justice, I would ask the Court

19   porportionalitywise to look at the sentence given to

20   Mr. Flowers, which is 15 years.  If the Court thinks there

21   needs to be an enhancement or increase in the sentence from the

22   15 years for the talk on the phone considering a threat to a

23   witness, I would ask the Court to increase that by one or two

24   years, and that would be a sentence that is sufficient to serve

25   the purpose of the statutes that are involved, and would not be

1    more than necessary and give him an opportunity to return to

2    his life and to his family.

3              THE COURT:  Thank you, sir.

4              The Court has considered the statements of all

5    parties, the Pre-sentence Report which contains the advisory

6    guidelines as well as each of the factors set forth in 18,

7    United States Code, Section 3553(a).

8              The Court finds that Mr. Robinson is financially

9    unable to pay a fine, however, restitution is mandatory.

10             It is, to put it mildly, despicable to use the most

11   vulnerable members of our society as personal property for

12   financial gain.

13             Mr. Robinson is, by far, the most culpable member of

14   this conspiracy; and based on the Pre-sentence Report and the

15   statements by counsel, the Court finds that Mr. Robinson is

16   also the most violent member of this conspiracy.

17             The Court found that the recorded telephone call from

18   jail exemplifies Mr. Robinson's violent demeanor, a far

19   different demeanor than that exhibited here in this courtroom

20   this morning.

21             The Court is charged with the responsibility of

22   determining a sentence which is sufficient to provide just

23   punishment and adequate deterrence.

24             The Guideline range is life and had Mr. Robinson not

25   accepted responsibility this Court's sentence would be life;

1  but, in light of the fact that he did plead guilty, the Court

2  determines that a sentence of 360 months is sufficient to

3  provide just punishment, adequate deterrence and

4  porportionality with respect to the other members of this

5  conspiracy.

6          Accordingly, it is the judgment of this Court that the

7  Defendant Brandon Robinson is hereby committed to the custody

8  of the Bureau of Prisons to be imprisoned for 360 months.

9          This consists of terms of 360 months as to Counts 1,

10  2, and 3, to be served concurrently.

11          It is further ordered that pursuant to 18, United

12  States Code, Section 3664(d)(5), that the victims' losses are

13  not yet ascertainable.  Therefore, the Court shall set a date

14  for the final determination of the victim's losses not to

15  exceed 90 days after sentencing.

16          Mrs. Thompkins, what is that date?

17          THE COURTROOM DEPUTY:  June 13, 2014, 9:30 a.m..

18          THE COURT:  If Mr. Robinson wants to waive his right

19  to appear, he needs to sign that waiver.  We have that waiver

20  form, Mr. Haguel if your client wishes to waive his appearance.

21          The defendant shall be placed on supervised release

22  for a term of life.

23          This term consists of life as to each of Counts 1, 2,

24  3, all such terms to be run concurrently.

25          Within 72 hours of release from the custody of the

1   Bureau of Prisons, the defendant shall report in person to the

2   Probation Office in the District where released.

3          While on supervised release, the defendant shall not

4   commit any crimes, shall be prohibited from possessing firearm

5   or other dangerous devices, shall not possess a controlled

6   substance, shall cooperate in the collection of DNA and comply

7   with the standard conditions of supervised release including

8   the following special conditions:  Association restriction,

9   data encryption restriction, permissible computer examination,

10  computer modum restriction, computer possession restriction,

11  employer computer restriction disclosure, mental health

12  treatment, substance abuse treatment, financial disclosure

13  requirement, employment requirement, permissible search, no

14  contact with minors, other than his children; no contact with

15  minors in employment, no involvement in youth organizations,

16  sex offender treatment, restricted from sexual materials, Adam

17  Walsh Act search condition and sex offender registration.  All

18  as noted in Part G of the pre-sentence report.

19         Additionally, the defendant shall pay a special

20  assessment of $100 as to each of Counts 1, 2, 3 for a total of

21  $300.

22         Total sentence imposed is 360 months imprisonment.

23  Life supervised release and $300 special assessment.

24         Now that sentence has been imposed, does defendant or

25  his counsel object to the Court's finding of fact or to the

1   manner in which sentence was pronounced?

2         MR. HAGUEL:  No objection.

3         May I ask the Court two quick things?

4         THE COURT:  Yes, sir.

5         MR. HAGUEL:  As the Court said, no contact with

6   children except his children, would that apply to his other

7   child?

8         THE COURT:  Yes.

9         MR. HAGUEL:  I want the same exception as to the Sex

10  Offender Registration.

11        THE COURT:  Yes.

12        Mr. Robinson, you have a right to appeal the sentence

13  imposed.  Any appeal must be filed within 14 days after the

14  entry of judgment.  If you are unable to pay for the cost of

15  appeal, you may apply for leave to appeal informa pauperis.

16        Anything further?

17        MR. HAGUEL:  May I ask the Court to recommend he be

18  housed in a facility as close to South Florida as possible?

19        THE COURT:  The Court will recommend a facility within

20  the Southern District of Florida.

21        Anything further?

22        MS. VIAMONTES:  No, Your Honor.

23        THE COURT:  Thank you all.

24        (Thereupon, the hearing was concluded.)

25

1                    C E R T I F I C A T E

2          I hereby certify that the foregoing is an accurate

3    transcription of proceedings in the above-entitled matter.

4
     July 19, 2014              \s\ Pauline A. Stipes
5    _____           _____
6        DATE                  PAULINE A. STIPES
                               Official United States Court Reporter
                               299 E. Broward Boulevard
7                              Ft. Lauderdale, Fl 33301
     954.769.5496
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## A

AAU 27:8
able 13:8 15:23 16:18 17:16 31:10
above-entitled 48:3
abuse 18:18 46:12
abused 19:6,17
abusive 39:1
accept 9:10,15 36:13,22
acceptance 2:11
accepted 44:25
accepts 41:6,8
accountable 4:16 5:2 34:17
accurate 48:2
Ace 19:2,13,18,20,23 20:2 24:7
  32:6 33:19 34:8
acknowledges 32:3 33:23
Act 46:17
actions 28:14
activity 28:5
ad 20:9,16 31:11
Adam 46:16
add 7:10 28:4 35:20
addendum 3:5
Additionally 46:19
address 3:20 6:8 13:8 26:15 35:16
addressed 3:1
adendum 4:10
adequate 44:23 45:3
adequately 35:13
adjudged 2:11
admit 27:1
admitted 29:14 34:12
adopt 5:9
advance 6:7
advantage 31:19
advise 33:1
advisory 5:19,21 41:23 44:5
affirmative 10:20
afraid 25:10,25,25 31:15
age 4:23 9:10 11:13 12:12 27:9
  28:5 30:3 36:19 40:18 42:11
Agent 35:23
ahead 25:20 30:12 36:10 38:14
  39:19
Alabama 8:11
allow 40:17,19
allows 42:10
Alya 28:25
ambiguous 43:2
America 4:2 2
amount 9:9 22:14
Andre 31:16
angel 29:1
answer 3:24,25 31:5 38:10
anticipate 33:3
anybody 10:8 11:12 12:13 25:13
anyways 15:2
apologize 6:4 27:2 33:9 36:23
  41:10
apology 36:13,22 37:3 41:7,8
Apparently 12:3
appeal 47:12,13,15,15
appear 45:19
appearance 45:20
APPEARANCES 1:13
appears 20:17
applaud 41:3
apply 47:6,15
approach 20:4
appropriate 37:23
approximately 10:15 31:3
arbiter 39:15
area 38:4
argue 17:21
argument 39:17
Ariana 28:20
arms 8:7
Armstrong 35:23
ascertainable 45:13
asked 28:24 33:1,11
asking 9:21 35:4 40:16 41:22,24
  42:9
asks 8:22
assessment 5:25 46:20,23
assistance 35:17
Assistant 2:6
assisted 32:7
associates 19:21 24:20 33:24
Association 46:8

## B

attends 35:2
Attorneys 2:7
authorized 5:22
aware 7:25 8:19 9:5 11:4
a.m 45:17
A.U.S.A 1:14,14

baby 15:19 16:13,16,16 17:6,23
  19:1 36:16,20 37:10
back 3:12 15:3,8,13,16,17,21,23
  25:17 30:1 33:24 37:11
backbone 11:13
Backpage 20:9,16
bad 3:18 5:5 27:20 29:6,12 40:2,6
  42:4
based 44:14
basketball 27:8,16
beat 34:4
beautiful 28:20
bed 30:22 31:8
behalf 6:19
believe 42:21
better 8:14,15 12:1 15:1,18 17:11
  36:23
Bianca 9:3
big 29:6
biological 35:5
birthday 27:21
bless 17:15
blind 29:25
Bloods 19:18 20:24 24:9 30:19
  35:2
Blvd 1:15
bodies 12:4
body 15:12
bottom 28:10 32:6
Boulevard 1:17,20 48:6
boyfriend 31:24
Brandon 1:7 2:2 6:14 7:25 8:6 9:5
  9:19 10:6 11:9,16,23,23 12:11
  13:21 14:4,5,7,9,11 15:5,24 16:4
  16:7,9 17:9 18:19 19:3 21:11,14
  21:16,19 22:3,8,11,14,15,20 23:4
  23:9,20 24:4,5,17 25:6,10,23
  30:14,16,18,20 31:1,10,14,15
  32:9 33:19,25 34:4,21,24 36:7
  38:9 39:3 40:2,6 45:7
Brandon's 7:23 9:4 10:4 16:16
break 26:8
briefly 23:2 35:16
bright 28:21
bring 38:7
broken 8:23 9:14,19
brought 16:22 17:7
Broward 1:15,20 48:6
build 9:11 10:1
Bullock 34:23,23
Bureau 45:8 46:1
business 15:11

## C

C 48:1,1
call 31:24 32:11,19 33:16 34:3
  35:19 36:2 43:1,2,16 44:17
called 19:1,2,5,12 31:13 32:12 34:1
calling 19:15 31:6
calls 25:1,2,6 35:1
can't 6:16 8:21 9:8 11:10,16 20:12
  20:14,15 27:11
care 15:19 16:11,14 17:23 25:7
  31:20 32:14,17 37:10 39:2
caring 29:15
Carolina 27:10
carried 43:5
case 1:3 3:2 14:16 13:3 19:21,24
  24:18 26:1 27:3 32:4 35:15 36:5
  40:10 41:25 42:18,20,25 43:12
category 5:20
caught 8:1,2,10
cell 20:21,22,22 28:1
certify 48:2
chance 9:11 10:11 29:19 36:12
  41:9
change 34:20
changed 28:14 39:4
character 6:20 11:11
charge 27:25

charged 13:3 32:7 44:21
charges 11:18,20
chart 43:9
chest 27:20
child 10:23 11:14 15:13 16:10
  17:12 18:18,19 19:7 29:20 30:22
  30:24 34:6 39:11 47:7
childhood 30:14
children 7:11 9:5,9,18 10:2,4 11:10
  29:7 37:1 40:15,16,17,20,22 41:1
  42:10 46:14 47:6,6
children's 30:7
choked 3:11 30:21 31:8
choking 39:1
Cindy 13:18
clear 5:4 8:8,12,14 27:23 35:12
clearly 35:4
client 45:20
close 27:18,19 47:18
clothes 16:13,13 37:10
coach 39:22
Code 44:7 45:12
coercion 4:4
Cohn 1:11 30:4
collection 46:6
come 9:13,18 15:13 16:1 19:7 26:3
  30:25 34:16 35:18
comes 42:14
comfortable 35:24 36:17
coming 14:17 25:8 38:25 39:24
  41:13
comments 30:9
commit 46:4
committed 45:7
community 34:19 35:12,13
competed 27:9
complete 29:13
completely 15:6 39:4
comply 46:6
composed 13:12
computations 5:15,16
computer 46:9,10,10,11
conceding 39:7
concerned 31:7
concerning 39:9
concluded 47:24
concurrently 45:10,24
condition 46:17
conditions 46:7,8
condoning 6:21
connection 22:21
consequences 8:20
consider 11:20,21,21 38:16 41:19
considered 44:4
considering 41:12 43:22
consists 45:9,23
conspiracy 4:21 5:1,2 44:14,16
  45:5
contact 14:9 32:16,16 46:14,14
  47:5
contacted 24:17,20 31:11,11
contained 4:1
contains 44:5
continue 14:6 17:18 40:25
continued 15:14
controlled 46:5
convey 11:17
conveyed 43:15
cooperate 24:22,23 46:6
cooperating 32:6
copy 2:16,22
correct 19:4 20:2,19 24:9,18 29:12
correctly 5:7
cost 47:14
couldn't 9:15,15 17:11
counsel 2:15 4:13 6:5 26:12 33:1
  44:15 46:25
count 2:9 5:25
Counts 2:9,12 45:9,23 46:20
couple 3:8 25:18
course 4:19
courtesy 33:8
Courthouse 1:20
courtroom 35:18 40:20 44:19
  45:17
courts 7:2
Court's 44:25 46:25
co-conspirator 3:13
co-defendants 34:22
crime 29:10,11 42:1

crimes 37:13 38:21 46:4
Criminal 5:20
cross-examination 37:24
crowd 27:4
culpable 42:20 44:13
custody 45:7,25
customers 31:5,6
cut 34:5
Cynthia 6:14 27:14

## D

daddy 10:7,13 36:16
Dadeland 1:17
dangerous 32:2 46:5
dash 2:3
data 46:9
date 2:14 45:13,16 48:5
dates 31:4
dating 21:11,13,16
daughter 6:16 10:5 14:2 18:19 19:4
  19:5,13,23 20:2,11,14,18,19
daughters 28:20 29:22 30:2 41:10
  41:10,11,12 42:11
day 6:4,7 12:12 28:21,24 31:4
days 45:15 47:13
DCF 19:1
dealing 31:7
dearly 28:23
decent 30:3
decision 15:23
decisions 27:25
declined 7:18
deep 28:11 37:3
defendant 1:8,17 2:23 26:15,20,22
  26:25 38:25 45:7,21 46:1,3,19,24
defendants 42:18
Defendant's 6:10 20:21
deferred 2:13
defiant 18:24
demeanor 44:18,19
denies 39:5
deny 3:16 41:18
denying 4:3,3,4 40:3
DEPUTY 45:17
deserve 37:1,5
deserves 36:12,25 41:8
despicable 44:10
destroyed 27:22
deter 35:13
determination 45:14
determine 39:16
determined 5:24
determines 45:2
determining 44:22
deterrence 44:23 45:3
devices 46:5
dialysis 27:19
diapers 16:13
didn't 4:7 8:4 12:1 13:8 14:20 15:14
  16:20 17:24,25 19:16 20:3 23:6,7
  23:11 24:10,11 35:20 36:13,24
  37:4,9,10,20 39:21 41:11
different 44:19
diligently 12:11
disagree 29:12
disclosure 46:11,12
distinction 38:22,23
District 1:1,1,12 46:2 47:20
DIVISION 1:2
DNA 46:6
documented 30:19 32:11
doesn't 10:8,8,10 41:7,7
doing 11:1,10,23 14:16,18 15:14
  15:15 17:9,15,21,22
don't 7:13 9:11,13,16,16,18 10:9,13
  11:6,6 12:6,6,8,9 17:9 19:19 20:7
  20:12,13,22,22 28:13 29:6,11,15
  30:16,16 31:25 32:22 33:5 35:11
  37:23 39:2,10 43:12,13
downward 41:25
dream 27:8,16
drug 42:7,12,15
drugs 27:17
Dubois 32:4,4,5,16 33:23
due 15:24
dwelling 40:3,5

## E

e 1:20 7:6 48:1,1,6

earlier 29:5
East 1:15
easy 12:12 35:7
education 15:18
Edward 7:6
effect 32:13 40:23,25
either 31:20 39:17
electronic 6:6
elmo 20:6 23:25
emphasize 43:13
employer 46:11
employment 46:13,15
encryption 46:9
enforce 34:16
engage 28:4
enhancement 43:8,17,21
entered 2:8
entry 47:14
escape 31:10
especially 34:23 35:8
ESQ 1:17
established 11:22 31:14
estimated 31:3
everybody 5:2 8:20 36:12 37:2
evidence 34:13
exactly 3:21
examination 46:9
exceed 45:15
exception 47:9
excused 8:21
exemplifies 44:18
Exhibit 34:13
exhibited 44:19
experience 7:24
explains 33:21
extensive 9:9

**F**

F 48:1
face 20:12 29:16
facilitated 38:17
facility 47:18,19
fact 11:22 45:1 46:25
factor 27:17 29:6
factors 44:6
facts 4:1 38:7
fair 30:11
false 19:10,11
familiar 20:24,25
family 8:21 9:7 11:22,25 29:17,19
30:2,16 33:20 42:10 44:2
far 4:24 7:12 15:22,22 16:9,18,18
17:13,14,16,16 41:21 42:17
44:13,18
fashion 32:1 33:6
fast 29:2 36:19 39:23
father 9:12,14,16 10:5,8 27:4 29:5
29:9 31:20 36:20,25 37:2 40:16
40:17,20,22,24
FBI 38:10
Federal 1:20 35:15
feel 11:8 12:8,9 36:18,19
feeling 28:22
feels 35:24
fellow 19:24
figure 29:6 31:20 35:5
file 6:6
filed 2:25 3:5 5:13 6:7 18:18,21
47:13
filing 6:6
final 45:14
financial 44:12 46:12
financially 16:11 44:8
find 12:11 29:18
finding 46:25
findings 5:18
finds 44:8,15
fine 5:23 44:9
firearm 46:4
first 3:8,9,9 8:9 9:14 10:5 15:5
36:11
five 39:2
fix 28:16
FI 1:15,18,21 48:7
Florida 1:1,6 47:18,20
Flowers 32:8,9 42:21,21 43:20
focus 12:14
Folks 26:13
follow 32:19 41:24

followed 42:6,8
following 5:18 46:8
food 6:24 16:13
force 4:4 6:22 17:18,24 21:22 28:6
30:20 31:2,21
forced 3:10,22 12:6,9 21:19 38:16
38:25
foregoing 48:2
form 45:20
forth 44:6
foster 31:20
found 32:9 44:17
four 4:17 29:1
Francis 1:14 2:7
free 9:21
friend 7:23 8:24 27:18,20
friends 29:17 40:9
front 7:2 27:24
Ft 1:2,6,15,21 48:7
further 6:1 21:1,2 26:6,14 45:11
47:16,21
future 33:3,14

**G**

G 46:18
gain 44:12
game 39:4
gang 19:18,24 20:24,25 24:9 26:1
30:19 34:8 35:4
ganged 15:3
Gary 12:20,25 13:1,2,6 27:3 38:5
Georgia 27:10
getting 6:5 31:7 32:8
girl 4:23 20:17 29:8 34:4
girlfriend 7:23 9:4 29:21
girls 4:17 5:5,6,7 8:22 9:7,8,17
11:11 12:4 23:4,6,7 31:19,22,22
35:15 36:24
give 6:23,24 9:22 11:14 12:19
16:13,19,20,24 17:22 22:8,11,15
22:18,19,18 35:9 39:16 42:9 44:1
given 3:24,25 7:15,16 27:13 42:12
43:19
giving 16:20 29:15
glad 6:7,9
go 3:5 4:24 8:6 15:16,23 25:20
30:12 31:14 36:10 38:14 39:19
41:5
God 17:15
Godly 36:12
goes 20:19 41:25
going 3:20,21 4:5 7:5 8:11 9:10
13:25 15:6,8 17:6 19:6,25 25:15
30:23 31:17,18 32:14 35:2 36:6
36:13,20 38:22 39:25 40:19
42:23
Gonzalez 9:4
good 6:23 7:3,10,22 12:17,18 17:9
17:13 18:16,17 26:20,21 37:8,9
40:8,16 42:4,15
Government 1:14 2:6 11:16 18:12
23:1 24:22,23 26:18 30:6,10 32:7
32:8 39:7 40:4 42:24
Government's 20:8 34:13
grab 22:1
Graham 7:23
grandson 17:7
grant 38:22
granted 4:21,24
grateful 17:14
great 40:22
greater 33:2
grew 29:5 40:22,24
group 4:9
grow 40:17
growing 27:3 29:2
guess 28:18 29:25
guide 29:7
guideline 35:9 44:24
guidelines 5:1,15,19 41:21,23,24
43:7,17 44:6
guilty 2:9,12 4:14,20 5:1 11:18
38:21 45:1
gun 33:24
guys 6:25

**H**

H 1:17
Haguel 1:17 2:5,19,20,25 3:5 5:11

5:16 6:1,2,10 7:5 9:25 12:16,21
12:23 13:2,16 18:7,10 21:3,5,8
26:14,15 30:5,7 33:9 37:17,25
38:1,3,13,15 39:5,19,20 45:20
47:2,5,9,17
hair 19:14 22:1 25:22
half 33:4
hands 22:2 25:24 39:3,6
hanging 27:5
happen 4:8
happened 4:7 15:4 30:25 41:8
hard 15:17 38:6,6
harm 43:14
harmed 18:2
hasn't 10:11
haven't 24:20
head 10:20 18:11 27:20
health 7:18 46:11
hear 3:8 6:1,9,10 16:21 18:1 26:17
28:22 32:15
heard 4:13 30:14 32:4 33:7,18,18
33:19 34:3 35:1 40:7,9,9,10,15
41:2,6 43:15
hearing 8:13 26:25 33:1,4,8 47:24
heart 7:1 28:10 29:2,18 39:24
hearted 37:8
Heather 35:23
held 34:11
help 7:16 15:4 31:1,12
helped 17:14
hey 31:12
Hi 9:3
history 5:20
hit 18:2 32:3,10,12,12 33:23,25
34:6,15
hits 35:14
Holston 31:16,17
home 7:11,16 8:23 9:14,19 14:17
15:13 16:1 19:1,5,7,16
Honor 7:22 9:3 13:2 20:4,6 21:3
23:2 25:12 26:6,20,22,25 27:7,22
28:18 29:4,17 30:13,14,20 31:4
31:24 32:18 33:9,17 34:8,13,18
37:17,21 38:24 47:22
HONORABLE 1:11
hope 36:22,23,25 37:10 41:4
horizon 33:15
hotel 4:22,22 23:14 26:4 31:16
hotels 18:19,24 23:13
hour 33:3,4,10,11,12
hours 45:25
house 16:5,6,7
housed 47:18
household 8:4
hurt 17:20
hurts 29:2

**I**

idea 10:25
identify 6:12
imagine 11:10,16
impact 37:19,22
imposed 46:22,24 47:13
imprisoned 45:8
imprisonment 5:21 46:22
incident 36:21
including 46:7
increase 43:21,23
Indiana 27:10
indication 18:1
indictment 2:10
influence 15:8
informa 47:15
initially 31:6
injured 43:11
instance 39:15
introduce 36:4
investigation 4:1 32:8 42:5
investigative 2:13
involved 5:5,6,6 9:5 10:18 11:8
12:9,14 14:2,4,6 27:14 30:23
43:25
involvement 14:21 46:15
irate 31:4
isn't 10:5 18:18 24:23
issue 8:6
issues 9:6
I'm 23:10 33:10

**J**

jail 25:1,2,6 27:15 31:24 32:11,18
35:1 37:6 41:5 44:18
JAMES 1:11
Jeana 32:4,4,5,16 33:23 34:3
Jennell 7:23
job 8:3 12:11 23:20 29:11 40:5
Johns 26:3
Jones 4:13,13
judge 1:12 17:8 18:7,13 21:1,9
22:25 30:4 32:22 36:4,7 37:16
38:3 39:11
judgment 45:6 47:14
July 48:4
June 45:17
justice 35:14 43:7,10,18

**K**

Katherine 1:14 2:7
keep 21:24 27:5
Kentucky 27:9
Kerry 34:23,23
kicked 23:15
kid 36:25
kids 11:12 27:8 28:18 36:24
killed 43:11
kind 37:8,8
knew 41:14
know 6:22,22 7:14 9:10,16,21 10:1
10:8,8,10,17 11:3 12:2,13 13:8
15:22 16:9,18 17:9,13,14,16,17
18:1 19:18,19,23 20:2,12,13,22
20:22 23:6,7 24:10,11,13,15 25:2
28:6,13,14,16 29:10,11,14,15,17
30:16 32:1 33:20,21 35:7,7 36:14
36:20,24 37:9,10 39:10 40:19,21
41:11 42:23
knowing 4:23 28:11 30:22
knowledge 15:7
known 24:7
knows 10:7 11:12 40:7
Koontz 1:14 2:7

**L**

Las 27:9
Lauderdale 1:2,6,15,21 48:7
law 45:11
lawyers 33:6
leader 34:24
learns 36:22
leave 3:12 47:15
leaving 31:9,16
left 31:16
leniency 7:15
lenient 8:17
lesson 36:23
letter 7:25 26:23
letters 5:13 6:3
Let's 3:3
level 5:20 42:21
levels 43:8,10
lie 17:24 31:17
lied 19:9
life 5:21,22 8:12,14 9:20 10:6 27:7
27:17,23,25 28:7,17 29:1,4,19,22
29:23 30:3 31:2,20 35:9 36:25
37:1,2,4,6 41:6,9 44:2,24,25
45:22,23 46:23
lifts 28:23
light 45:1
listen 15:14
listened 15:2 43:1
listening 15:20
little 8:21 13:12 29:1,8 36:24 41:6
live 8:15 11:25 16:3 29:21
lives 42:12
living 23:14 28:11
longer 33:4 36:15
look 7:1 9:15 43:19
losses 45:12,14
lost 8:3 27:18,19
lot 31:25 34:21 41:3 42:3
louder 32:23
love 29:3,8,23
loves 9:20
loving 29:15,21,22
lump 22:11
lumps 3:7

Lynn 27:13

**M**

Ma 35:3
major 9:5,6 11:7 12:8 27:4
making 4:14 5:4 22:6 25:7
man 9:21 31:19 34:14,15,19 35:9
35:12
mandatory 5:24 44:9
manner 47:1
March 2:8 13:22
mark 20:7,8
married 29:21
Martin 6:14
materials 46:16
matriarch 35:4
Matrina 35:3,6
matter 2:1 8:7 28:5 33:8 48:3
matured 36:19
ma'am 10:15 18:16,22 19:20 20:11
21:4 25:17,22 35:25 37:12
mean 11:6,9 12:6 16:12 28:20
43:12
means 43:11
meetings 35:2,3
member 19:18 24:9 30:19 34:9
42:16 44:13,16
members 19:24 26:1 30:16 44:11
45:4
mental 46:11
mention 32:15
message 39:25
met 9:14 13:21 14:4,5,7,16 15:5
21:19 28:8 38:9 39:2,8 40:11
Miami 1:18
Michael 27:18
Michigan 27:12,13
microphone 18:22 21:6
mildly 44:10
minimize 43:12
minimizing 3:15
minor 31:11,13
minors 31:7 46:14,15
minute 21:5 26:7
minutes 13:7 26:9 33:2
misquoting 41:4
misses 28:23
missing 29:3
mistaken 42:18
mistakes 27:1,2,4
modum 46:10
mom 32:16
moment 18:8
moments 29:3
mom's 7:18
money 8:4 12:4 15:12 16:10,19,22
16:23 17:5,6 22:6,8,14,15,18,23
months 10:10,24,25 27:15 28:25
43:10 45:2,8,9 46:22
morning 3:20 7:22 12:17,18 18:16
18:17 26:20,21 44:20
mother 6:11,15 8:3,3 9:4 13:4,11
13:19 15:13 24:21 25:14 27:5
29:22 30:2 35:5,6 38:6 40:15,21
move 25:15
M.Y 4:15 30:20 31:3,10,15,18,23
32:14,15 35:16 36:2,5 38:25 41:2

**N**

name 7:6,8,22 9:3 12:19,24 13:17
21:9,10 24:15 27:18 36:5
nature 13:14
necessary 35:21 44:1
need 7:11 8:14,15 9:8,8,13,13,23
15:12 18:22 21:6 26:7 28:16
33:17 39:12
needed 8:8 16:14 22:17,20 31:20
needs 11:14,23 29:8 37:2 39:10
42:7,13,14 43:21 45:19
negative 29:14 37:5,5 41:14,18
never 15:2 17:1,22 22:2 23:10 25:9
25:24 26:3 34:20 41:7 42:6,8
43:5
nieces 8:22
night 27:21
nods 10:20
normally 32:22
North 27:10
noted 46:18

notify 33:5
nudged 25:13
Numan 7:9
number 2:3 4:10
numbered 3:9
numbers 5:16,17
numerous 35:1
N-u-m-a-n 7:9

**O**

object 3:14 38:11 46:25
objection 4:6,9,10,14,18 5:4,8
5:10 47:2
objections 2:24,25 3:2,3,8,13 4:9
5:14
objects 3:10
observed 19:3
obstruct 34:7
obstructing 35:14
obstruction 43:7,10,18
offender 46:16,17 47:10
offense 5:20
Office 46:2
Officer 3:1,6,7,24 4:16,18
Official 1:19 48:6
okay 5:11 6:18 12:15 14:1 24:22
26:11,17,24 35:23 36:2 38:20,21
old 10:23 28:21,25 29:20 34:6
39:11
Once 15:17
open 8:7
opinion 12:6 14:14 15:22
opportunities 27:7
opportunity 42:12 44:1
orchestrated 34:24
orchestrator 34:9
order 31:25
ordered 2:12 34:6,6 45:11
organizations 46:15
ouselves 11:22
outstanding 3:2,3
overall 4:21
overruled 5:10
oxygen 34:5
o'clock 32:25

**P**

P 7:6
page 3:9,9 4:10
paid 23:16,24
painful 13:25
painted 3:17,18,22
paragraph 3:8
parent 8:4
parenthetically 39:21
part 7:18 9:19 10:5 15:24 46:18
participated 28:11
parties 2:15 7:17 44:5
parts 40:1
passed 27:19
path 29:8
Pauline 1:19 48:4,5
pauperis 47:15
Pause 35:22
pay 8:20 23:23 44:9 46:19 47:14
pendency 19:21,24 24:18
people 5:12 6:8 27:14 38:16,17,20
43:11
percentage 22:8
perfect 28:16
period 14:17
permissible 46:9,13
Perry 12:16 13:4,11,12,12,18 21:10
17:9,13 24:13 36:12,23 37:8,9
38:16 42:2,3 46:1
personal 7:24 44:11
phone 20:21,22,23 31:6 34:3 43:1
43:2,16,22
phones 31:5
phonetic 27:3
photograph 23:25 24:1,3 34:12,15
photographs 20:11
physically 39:1
picture 20:14 30:18
pimp 4:15 31:21,22
pimped 20:2
placed 22:2 32:10,12 33:25 39:3
45:21

places 27:10
placing 20:6 32:3 33:23 34:2 35:14
Plaintiff 1:5
plan 28:21
play 31:24 32:18 33:17
played 10:6 11:6 12:8 27:4 33:16
playing 27:8
plays 13:10
plea 2:8,11
plead 4:20 11:18 45:1
pleaded 5:1
please 8:17,17,17 9:22 21:7 25:17
30:1 32:21 33:4 36:4
pled 4:14 38:21
point 5:4 25:22 39:9 41:16
police 3:25 4:2,20 19:2,5,9,12,15
Popeita 7:6
poppa 7:6
porportionality 42:17 45:4
porportionalitywise 43:19
positive 15:19 29:22 37:4 41:13,19
possess 46:5
possessing 46:4
possession 46:10
possible 47:18
posted 20:16,17
Prado 27:14
praise 41:3
precious 28:19
predicament 28:15
pregnancy 37:12
pregnant 35:20 36:15
present 2:4 4:12,21,22 26:12 30:8
pressure 34:2,7 35:20
Pretty 10:22
prevented 31:9
previous 28:7
pre-sentence 2:13,16,22 4:1 42:5
44:5,14 46:18
prison 7:14 35:10 42:13,14
Prisons 45:8 46:1
probably 34:22
Probation 3:1,6,7,24 4:16,18 5:10
5:21 46:2
problem 28:2 42:15
problems 6:5
proceedings 48:3
productive 42:16
prohibited 46:4
promise 29:19
pronounced 47:1
proper 4:19
property 44:11
prosecutor's 29:11
prostitute 21:20,22 30:21 39:1,8
prostituted 23:9,10 39:2
prostituting 14:15,20 18:20 21:13
21:16,24 22:4 23:21 38:9 40:13
40:13
prostitution 3:11,23 12:4 14:2,4,6
14:21,24 15:2,15 16:24 17:5,6,18
22:21,23 31:4 38:17,18,20 40:11
protect 35:11,13
provide 7:11 11:15 44:22 45:3
provisions 4:25
PSI 4:16 32:5
puffery 43:3
Puffy 20:19 34:2,7
pulled 25:22
pulling 19:3,13
punished 29:10
punishment 44:23 45:3
purpose 12:1,2,3 43:25
purposes 20:8
pursuant 45:11
pushed 3:12
put 25:24 29:16 33:24 34:7 37:10
44:10
putting 15:3 23:25 39:6

**Q**

question 25:12 37:17 38:4,8
questions 12:21 13:25 18:12 23:1
36:6 37:21 38:6
quick 47:3
quiet 38:23
quite 33:7

**R**

R 48:1
raise 9:8
raising 29:22
range 5:21,22,23 44:24
read 6:3 7:25 26:22 39:22
realize 25:1
realizes 10:12
really 10:13 11:6,22,23 12:12 37:9
reason 6:25 11:25 12:1
reasonable 40:18
rebellious 16:1
rebuttal 39:13
received 2:15,21 6:3
recess 26:10
recognize 23:25
recommend 47:17,19
record 6:13 26:11 35:12
recorded 25:1,2 44:17
recording 33:18
recordings 32:9
refers 34:14 35:3
reflect 26:11
regional 35:3
registration 46:17 47:10
relating 5:14
relation 36:16
relationship 9:11 10:11 11:12
13:14 14:11,14
relatives 7:12 40:9
release 5:22 45:21,25 46:3,7,23
released 46:2
relevance 38:11,15
relevant 38:12
remember 13:21 27:11
rented 23:13
repeat 40:1
repeating 38:19
reply 38:13
report 2:13,16,22 4:2 19:10,10,11
42:5 44:5,14 46:1,18
reported 1:19 19:2
Reporter 1:19 48:6
reports 3:25 4:2,20 18:18,21 38:10
represented 2:4,6 26:12
required 37:22
requirement 46:13,13
reserve 30:9
resolved 3:4 4:6
resorted 3:5
respect 5:19 45:4
respective 2:15
response 4:18 5:9 39:5,10,12
42:23
responsibility 44:21,25
rest 33:18 37:6
restitution 5:23 44:9
restricted 46:16
restriction 46:8,9,10,10,11
restroom 26:7
result 37:12 43:15
return 30:1 42:10 44:1
reviewed 2:22
right 8:19 24:5 28:9 29:8 36:11
37:15 38:1 39:18 41:7 45:18
47:12
Robinson 1:7 2:2,4,8,12,21 3:10
6:14 10:15,23,25 13:15 15:7,24
16:19,25 17:3,18 18:2,19 19:3
21:11,14,17,19 22:3,9,12,14,15
22:20 23:5,9,20 24:5,17 25:7,10
25:23 26:12,19 30:14,17,18,20
31:1,10,14,15,17,18 32:9 33:19
33:25 34:4,21,24 36:7 38:9 39:3
39:8,20 40:2,6,12,19,24 41:5,14
41:15,18,20 42:20,24 44:8,13,15
44:24 45:7,18 47:12
Robinson's 6:15 44:18
role 10:6 11:7 12:8 27:4
romantically 10:18
roof 41:22
room 4:22,22
rooms 23:16,23
RPR-CM 1:19
ruled 4:7
rules 34:16
run 12:3 18:25 33:5,12 45:24
running 32:25

**S**

s 1:17 48:4
sad 7:17 8:22,23,23
saved 8:12,13 32:13
saw 37:4
saying 3:9 4:25 6:20 8:19 28:1,13
   33:21 38:3 40:11,15 42:24
says 42:1
scarey 7:18
schedule 32:25
scheduled 33:8
scholarship 27:12,13,15
school 8:1,11,11 15:4,5,8,16,17,21
   15:23
schools 27:12
search 46:13,17
seated 26:13
second 4:9 39:3 41:8
Section 44:7 45:12
see 7:1 9:6 11:9 13:6,7,10 15:23
   16:18,20 17:16 18:1 20:12,21
   27:23 30:16,18 32:22,23 33:3,14
   37:1,4 41:5
seeing 37:5
seen 19:3 26:3
sees 41:13
selling 15:12
sentence 2:13 8:18 32:1 35:9,13
   41:9,9,21 42:1,2,9 43:19,21,24
   44:22,25 45:2 46:22,24 47:1,12
sentenced 42:19,22
sentencing 1:11 4:12,25 20:8
   32:25 33:1,4 35:8 38:16 45:15
serious 11:20,21
seriously 35:8
serve 43:24
served 45:10
set 44:6 45:13
seven 2:9
sex 46:16,17 47:9
sexual 36:16 46:16
Shakes 18:11
short 26:10
shot 27:20
shouldn't 8:5 42:1
show 29:8
shows 34:14
side 17:10 29:14,15,16,17 30:14
   33:19,19 37:4,5,5 39:17 41:13,15
   41:18,19
sides 29:13
sign 45:19
sincere 37:3
single 4:9 8:3
sir 2:23 21:15 38:2 44:3 47:4
sister 8:23 16:4 23:14 29:23 30:3
sister's 16:6,7
sit 28:1
situation 33:5,14
six 10:10,16,18,24,25 27:14 28:25
skills 42:6,15
slightly 33:13
slower 14:19 39:23
small 41:1
smile 29:16
snuck 31:15
society 42:16 44:11
somebody 3:19 19:13 24:15 35:5
   38:17
someone's 29:16
somewhat 43:2
son 6:19,22
sorry 28:10,10 33:10
sort 16:10
sounded 31:6
source 17:17
South 27:10 47:18
Southern 1:1 47:20
speak 6:17 8:6 14:19 15:7 18:22
   21:6
speakers 32:22
speaking 17:10
special 5:24 29:3 46:8,19,23
specific 36:6
speech 39:21
Spider 24:15 32:16 34:14
spirit 28:23
spoke 4:22 14:11
spoken 13:4,13
standard 46:7
standing 27:24 35:24

stands 42:3
start 21:9 30:3 38:3
started 13:7 27:8
state 4:19
statement 37:22
statements 3:10,13 44:4,15
states 1:1,4,12,19 2:2,7 4:19 44:7
   45:12 48:6
statute 37:23 41:25
statutes 43:25
staying 19:25
Ste 1:15
step 25:17 35:19
stepped 10:6
steps 25:18
Steven 1:17 2:4
sticker 20:7
Stipes 1:19 48:4,5
stipulate 38:23
stipulating 39:7
stipulation 38:25
stop 14:17,21 15:3 17:22,24,24
stopped 15:6
stopping 17:21
street 19:16
streets 8:15 15:11,18 17:12 19:8
stuff 15:12
subject 37:23
submitted 6:2,4
substance 46:6,12
sufficient 43:24 44:22 45:2
Suite 1:17
sum 22:11
superseding 2:9
supervised 5:22 45:21 46:3,7,23
supply 16:9
support 9:6,7 11:13 16:10
supposed 8:1,15
sure 6:3,12 11:14 12:22 25:7 34:16
surprised 25:6
sweet 28:22
system 6:6 9:6

———————— T ————————

T 7:7 48:1,1
table 6:24 38:25
take 15:18 17:23 26:7 31:25 32:14
   32:16 33:2,4 39:25
taken 10:9,12 26:10 27:15 33:2
takes 35:8
talk 15:1,17 18:7 25:16 27:1 28:21
   30:25 32:11 36:15 39:23 40:12
   43:7,17,22
talked 8:9 14:22,23 15:20
talking 35:2 39:23
talks 25:7 33:23 42:5,7
Team 27:9
telephone 44:17
tell 3:21 7:24 12:24 13:13,17 14:25
   16:23,24 17:2,8 20:14 22:25
   29:12 30:15 31:1,18 36:7 39:21
telling 8:13 19:9 21:9
tells 28:23 32:12,15
tending 17:12
term 35:11 45:22,23
terms 45:9,24
terrible 27:24
testify 23:11 31:13 34:17
testifying 38:5,6
testimonial 37:20
testimony 30:7
thank 7:4,21 9:2 12:15 18:13 21:4
   25:19 26:25 27:6 30:4,13 37:15
   37:16 44:3 47:23
thing 4:19 7:2,17 9:17 34:25
things 8:1,5,24 15:19 28:16,17,19
   29:12,25 33:22 40:2,6,8 42:4,4
   47:3
think 11:5,6,6 12:5,6,9 18:10 30:11
   35:11 36:13 37:23 38:9 43:2,3
thinking 28:2,2,3
thinks 43:20
Thompkins 45:16
threat 42:24 43:5,15,22
threaten 21:24
threatened 42:24 43:11
three 7:12 28:21
threw 30:22 31:8
tied 40:12

time 3:16 7:14,15,16 8:5,7,9,22
   9:15 20:7 21:11,13 22:3,11,14,16
   22:18 31:23,25 32:18 33:7 35:18
   36:14 37:1
timely 33:6
times 20:17
today 6:8 30:15,24 34:2 40:7 41:13
   41:17 42:3
today's 2:14
told 13:8 15:11 17:17 19:6,11,13,15
   24:23 28:17 29:5 31:18 37:7
   39:20,23 40:21,22
Tom 7:7
tomorrow 40:21
total 5:20,25 46:20,22
training 42:14
transcript 1:11 32:19
transcription 48:3
transmitting 6:5
Travel 27:8
treatment 42:7,13 46:12,12,16
trial 31:14 34:13
tried 17:24
true 18:18,23 24:24 25:10 33:19
   43:5
truly 28:9
truth 28:17
trying 3:16 12:11 27:5 30:1 41:16
turn 30:6
two 4:10 5:5,6 8:21 9:7 10:3 11:9
   26:7,9 27:12 28:19 29:13 30:2
   36:24 40:10,15,16,17,25 42:11
   43:8,9,17,23 45:5
tying 11:17
type 3:13,13 6:20 7:1 9:18 11:9
   28:5

———————— U ————————

Uh-hum 25:3
unable 44:9 47:14
undercover 32:8
understand 11:18
understands 5:3
under-age 11:11
unindicted 32:5
United 1:1,4,12,19 2:1,6 44:7 45:11
   48:6
University 27:13
unleashed 34:19
upset 13:6 31:8
urge 35:7
urged 24:22
use 12:3 27:17 30:21 31:2 41:22
   44:10
U.S 5:9

———————— V ————————

variance 41:24
Vegas 27:9
versus 2:2
Viamontes 1:14 2:7,17,18 18:13,15
   20:4,6,10 21:1 23:2,3 25:12,20
   25:21 26:6 30:12,13 33:11,17
   34:12 35:23 36:1 37:16,20 38:11
   38:24 39:10 47:22
victim 33:21 34:23 35:16,24 37:19
   37:22 40:11
victims 3:11,14,22,24 11:1 13:3 27:2
   35:14 36:5 40:10 43:14 45:12
victim's 45:14
violating 35:15
violence 30:21 31:2,23 39:6
violent 26:3 31:21 34:8 35:12 44:16
   44:18
visited 19:20,23
vocational 42:13,15
voice 28:21
vs 1:6
vulnerable 31:19 44:11

———————— W ————————

waive 45:18,20
waiver 45:19,19
walk 9:21 40:20
Walsh 46:17
want 3:17,18,22 7:10,24 8:12 9:13
   9:16,18 10:9,13 17:8,22,24,25
   18:7 19:16 22:25 26:22 29:7,7

30:5,15 31:25 35:16,20 36:7,14
   39:9 40:1,25 43:13 47:9
wanted 12:13 14:17,21 15:1,1,3
   16:1 18:25,25 19:5,16 38:4,8
   41:5
wants 9:19,20 34:15 39:13 45:18
wasn't 8:1 15:20 18:23 19:11 32:7
   36:11
way 11:8 14:5,16 17:20,23 18:2,3
   25:16 28:11 30:1
ways 29:20
weeks 29:1 35:19
weight 39:16
welcome 8:6 18:14
went 7:25 8:9 15:17 30:22 31:11
weren't 8:10 34:21
we've 33:2
wife 28:23 30:2
willing 34:4
wish 30:24,25
wishes 45:20
withdraw 37:25
witness 6:14,19 7:5,6,9,22 9:3
   10:20 12:17,20 18:9 21:3 25:13
   25:15 37:14,18 38:4 41:2 43:23
witnesses 30:7 32:3 33:20 34:16
   37:7 42:25
wonderful 40:5
won't 9:10,21
word 4:5,5 38:2 41:22
words 39:24
working 23:4 28:17 34:1
world 28:19,20
worse 3:17,19
worst 27:25
wouldn't 3:12 8:11 34:22
write 39:21
written 5:13
wrong 7:2,2 27:6,14,23 28:4,12
wrote 39:22

———————— Y ————————

Yardy 27:3
year 2:8 9:14 13:23 27:19 34:6
   39:11 43:17
years 5:22 9:9,22 10:16,19 28:21
   29:20 34:20 39:2 42:22 43:20,22
   43:24
young 13:6 31:6,12 35:8,15
youth 46:15

———————— Z ————————

Zareea 12:20,25 13:13,21 14:2,12
   15:5 16:1,9,19,23 17:10,17,18
   18:7 21:10 27:3
Zareea's 13:19 15:23
Zarrea 13:14
Z-a-r-e-e-a 13:1
Z.G 4:15 23:4,20 24:17 25:10,22
   33:21 34:2,7

———————— $ ————————

$10.00 22:11
$100 5:25 46:20
$15.00 22:12
$25,000 5:23
$250,000 5:23
$300 5:25 46:21,23

———————— 1 ————————

1 2:9,12 20:8,16 45:9,23 46:20
10 20:17
11 20:17 32:24
12 20:17 27:9
13 2:3 20:17 45:17
13-60284-CR-COHN 1:3
14 31:23 34:6 35:17 39:11 47:13
15 42:22 43:20,22
16 1:7 10:17 12:2
18 44:6 45:11
19 48:4

———————— 2 ————————

2 2:9,12 20:16 45:10,23 46:20
2014 1:7 45:17 48:4
23 29:20
24 43:10



**299** 1:20 48:6

---
**3**

**3** 2:9,12 20:16 45:10,24 46:20
**3rd** 2:8
**30** 33:2 34:20 35:19
**33156** 1:18
**33301** 1:21 48:7
**33394** 1:15
**3553** 41:25
**3553(a)** 44:7
**360** 45:2,8,9 46:22
**3664(d)(5)** 45:12
**38** 34:13

---
**4**

**4** 20:16
**400** 1:17
**43** 5:20

---
**5**

**5** 5:21,22 20:16 26:9
**50** 31:3
**500** 1:15

---
**6**

**6** 20:17
**60284-CR** 2:3

---
**7**

**7** 20:17
**700** 1:15
**72** 45:25

---
**8**

**8** 20:17

---
**9**

**9** 20:17
**9:30** 45:17
**90** 45:15
**9100** 1:17
**954-769-5496** 1:21
**954.769.5496** 48:7